UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 1148

SCRANTON, PENNSYLVANIA 18501

March 20, 2007

COURT TRANSFERRED TO:     U.S. District Court, For the District of Columbia

Re:     3:06-cv-2160   Reynolds v. Miner     Judge: Nealon

Dear Sir/Madam:

    This case is being transferred from the Middle District of Pennsylvania pursuant to an order of court.

    Thank you for your cooperation in this matter.  Please acknowledge receipt of this record on the enclosed copy of this letter.

Very truly yours,

MARY E. D'ANDREA, Clerk

By: /s/ Tanya Scott Deputy Clerk

_____

DATE RECEIVED_____

PERSON RECEIVING_____

Case: 1:07-cv-00663
Assigned To : Leon, Richard J.
Assign. Date : 3/26/2007
Description: Reynolds v. Minor

CASE NO. ASSIGNED_____

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KEITH REYNOLDS,                    :     CIVIL ACTION NO. 3:CV-06-2160
                                   :
                Petitioner         :     (JUDGE NEALON)
                                   :
        v.                         :
                                   :
                                   :              FILED
JONATHON MINER, Warden,            :           SCRANTON
                                   :
                Respondent         :           DEC C 5 2006

                                         PER _____
                                              DEPUTY CLERK

                         **ORDER**

        Petitioner, Keith Reynolds, an inmate confined in the United States

Penitentiary, Allenwood, Pennsylvania, filed the instant petition for writ of habeas

corpus pursuant to 28 U.S.C. § 2241, challenging his 1989 District of Columbia

conviction.  (Doc. 1, petition).

        Although petitioner filed his petition pursuant to 28 U.S.C. § 2241,

District of Columbia offenders are considered state prisoners for purposes of the

federal habeas corpus statutes.  Madley v. United States Parole Comm'n, 278 F.3d

1306, 1309 (D.C. Cir. 2002).  As a state prisoner in custody pursuant to the

judgment of a state court, Reynolds must rely on section 2254 to bring claims

challenging the validity or the execution of his conviction and sentence.  See Coady

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
                Deputy Clerk

v. Vaughn, 251 F.3d 480, 486 (3d Cir. 2001). Thus, the petition will be considered a petition brought pursuant to § 2254. Preliminary consideration has been given to the petition and it is concluded that it is appropriate to transfer the matter to the United States District Court for the District of Columbia. *See* Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.[1]

**Discussion**

"The federal habeas corpus statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has custody over [the petitioner]. 28 U.S.C. § 2242, *see also* § 2243. . . .'[T]hese provisions contemplate a proceeding against some person who has the **immediate** custody of the party detained, with the power to produce the body of such party before the court or judge, that he may be liberated if no sufficient reason is shown to the contrary." Rumsfeld v. Padilla, 124 S.Ct. 2711, 2717-18 (2004)(emphasis in original)(citations omitted). There is no question that this Court has jurisdiction over Reynolds' petition. However, notwithstanding the issue of jurisdiction, a

---

[1]"If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner."

court may transfer any civil action for the convenience of the parties or witnesses, or in the interest of justice, to any district where the action might have been brought. 28 U.S.C. § 1404(a); *see also*, <u>Braden v. 30th Judicial Circuit of Kentucky</u>, 410 U.S. 484 (1973). Because habeas proceedings are generally considered civil in nature, *see* <u>Hinton v. Braunskill</u>, 481 U.S. 770, 776 (1987), the term "civil action" includes habeas petitions. <u>Parrott v. Government of Virgin Islands</u>, 230 F.3d 615, 620 (3d Cir. 2000). Title 28 U.S.C. § 1391(b) provides that:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Reynolds is challenging a District of Columbia Superior Court conviction, which is in the jurisdiction of the United States District Court for the District of Columbia. All records of conviction, transcripts of proceedings, witnesses, counsel, and conviction records are located within the District of Columbia. Thus, for the convenience of the parties and in the interest of justice, the

3

action will be transferred to the United States District Court for the District of

Columbia.

NOW, THIS 5 DAY OF DECEMBER, 2006, IT IS HEREBY

ORDERED THAT:

1.  Petitioner's motion to proceed in forma pauperis
    (Doc. 2) is **GRANTED** only for the purpose of
    filing this petition.

2.  The Clerk of Court is directed to **TRANSFER**
    this case to the United States District Court for
    the District of Columbia.

3.  The Clerk of Court shall **CLOSE** this case.


United States District Judge

CLOSED, HABEAS, PROSE

# U.S. District Court
## United States District Court for the Middle District of Pennsylvania (Scranton)
## CIVIL DOCKET FOR CASE #: 3:06-cv-02160-WJN-DB
### Internal Use Only

Reynolds v. Miner et al
Assigned to: Honorable William J. Nealon
Referred to: Pro Se Law Clerk DB
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 11/03/2006
Date Terminated: 12/05/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Keith Reynolds**                    represented by **Keith Reynolds**
04135-000
USP - ALLENWOOD
P.O. Box 3000
White Deer, PA 17887
PRO SE

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

V.

**Respondent**

**Warden Johnathan C. Miner**          represented by **Dennis Pfannenschmidt**
U.S. Attorney's Office
228 Walnut Street
Suite 202
Harrisburg, PA 17108
717-221-4482
Fax: 717-221-4582
Email: Dennis.Pfannenschmidt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Alberto Gonzales**                   represented by **Dennis Pfannenschmidt**
*US Attorney General*                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2006 | 1 | PETITION for Writ of Habeas Corpus , filed by Keith Reynolds.(ch, ) |

| | | (Entered: 11/03/2006) |
|---|---|---|
| 11/03/2006 | ◯2 | MOTION for Leave to Proceed in forma pauperis by Keith Reynolds. (ch, ) (Entered: 11/03/2006) |
| 11/03/2006 | ◯3 | PRO SE LETTER ISSUED w/ Notice & Consent Form and U.S. Marshal Forms. (ch, ) (Entered: 11/03/2006) |
| 12/05/2006 | ◯4 | ORDER TRANSFERRING CASE 1) Petitioner's motion to proceed in forma pauperis 2 is granted only for the purpose of filing this petition. 2) The Clerk of Court is directed to transfer this case to the United States District Court for the District of Columbia. 3) The Clerk of Court shall close this case. Signed by Judge William J. Nealon on 12/5/06. (ts, ) (Entered: 12/05/2006) |

CLOSED, HABEAS, PROSE-PR, TRANSFERRED, TYPE-G

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00319-UNA
### Internal Use Only

REYNOLDS v. MINER et al
Assigned to: Unassigned
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 02/09/2007
Date Terminated: 02/09/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: U.S. Government
Defendant

**Petitioner**

**KEITH REYNOLDS**                 represented by    **KEITH REYNOLDS**
R04135-000
ALLENWOOD UNITED STATES
PENITENTIARY
P.O. Box 3000
White Deer, PA 17887
PRO SE

V.

**Respondent**

**JONATHAN MINER**
*Warden*

**Respondent**

**ALBERTO GONZALES**
*Attorney General*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2007 | 1 | PETITION for Writ of Habeas Corpus filed by KEITH REYNOLDS. ATTACHMENTS(ls, ) (Entered: 02/16/2007) |
| 02/09/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by KEITH REYNOLDS. (ls, ) (Entered: 02/16/2007) |
| 02/09/2007 | 3 | ORDER TRANSFERRING PRO SE CASE to the USDC for the Middle District of Pennsylvania. Determination of whether plaintiff should be permitted to proceed further without pre-payment of fees to be decided by the Transferee Court.. Signed by Judge Ricardo M. Urbina on 2/5/07. (ls, ) (Entered: 02/16/2007) |

| 03/08/2007 | ● | Case transferred out to the USDC for the Middle District of Pennsylvania, pursuant to Order filed 2/90/07; sent by certified mail. (ls, ) (Entered: 03/08/2007) |

**3: CV    03**

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

AO 241 (Rev. 5/85)

| United States District Court | District MIDDLE DISTRICT OF PENNSYLVANIA | |
|---|---|---|
| Name KEITH REYNOLDS | Prisoner No. 04135-000 | Case No. F8037-88 |
| Place of Confinement USP-ALLENWOOD P.O. Box 3000 White Deer, PA | | |
| Name of Petitioner (include name under which convicted) Keith Reynolds | Name of Respondent (authorized person having custody of petitioner) Jonathan C. Miner, Warden Alberto Gonzales, U.S. Attorney General | |
| v. | | |
| The Attorney General of the State of: Pennsylvania, Thomas Colbert | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack ___Superior Court

for the District of Columbia

2. Date of judgment of conviction ___January 31, 1989

3. Length of sentence___18 Years To Life

4. Nature of offense involved (all counts) ___Armed Robbery, in violation of 22 D.C. Code §
2901, 3202; Destroying Property, in violation of 22 D.C. Code § 403

and Carrying a Pistol Without a License, in violation of 22 D.C.

Code § 3204

5. What was your plea? (Check one)
(a) Not guilty ☒
(b) Guilty ☐
(c) Nolo contendere ☐
If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

_____

_____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury ☒
(b) Judge only ☐

7. Did you testify at the trial?
Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court ___D.C. Court of Appeals___

   (b) Result___Denied___

   (c) Date of result and citation, if known ___REYNOLDS V. U.S. 587 A.2d 1080 D.C.App.1981___

   (d) Grounds raised ___n/a___

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court ___United States District Court M.D. of Pennsylvania___

     (2) Nature of proceeding ___collateral review___

     (3) Grounds raised ___n/a___

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐    No ☐
(2) Second petition, etc.     Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: _____ See Attachments _____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

See Attachments and Exhibits

_____

_____

_____

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

(5)

AO 241 (Rev. 5/85)

C.  Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D.  Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ☒  No ☐

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
     (a)  At preliminary hearing _____ Henry Schoenfeld _____

     (b)  At arraignment and plea _____ ~~same as above~~ _____

AO 241 (Rev. 5/85)

(c) At trial _____ Same as above _____

_____

(d) At sentencing _____ same as above _____

_____

(e) On appeal _____ unknown _____

_____

(f) In any post-conviction proceeding _____ Pro-se litigant _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding ___ Pro-se litigant ___

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒     n/'a
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐     n/a

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____ Pro-se litigant _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Signature of Petitioner

(7)

## GROUND I

**Whether Petitioner Should Be Immediately Released From Unlawful Custody and Illegal Imprisonment Due To Void Indictment and Void Judgment of Conviction for Lack of Personal and Subject Matter Jurisdiction Pursuant to Title 28 U.S.C. § 2254 (a)(b)(1)(1) Writ of Habeas Corpus, Common Law Writ.**

### FACTS

On August 10,1988, the government went before a grand jury to return a Three Count State Proposed Indictment charging Keith-Odell; Reynolds with,FIRST COUNT:

On or about July 13, 1988, within the District of Columbia, Isadore Gartrell and Keith Reynolds, while armed with a firearm, that is, a pistol, by force and violence, against resistence, and by putting in fear, stole and took from the person and from the immediate actual possession of Gregory Scott, property of value belonging to Richard D. Pace, consisting of an automobile and personal papers. (Armed Robbery, in violation of 22 D.C. Code, Sections 2901, 3202)

SECOND COUNT:

On or about July 13, 1988, within the District of Columbia, Isadore Cartrell and Keith Reynolds maliciously did injure, break, and destroy certain property, that is, an automobile, property of Richard D. Pace, causing damage in the amount of $200 or more. (Destroying Property, in violation of 22 D.C. Code, Section 403)

THIRD COUNT:

On or about July 13, 1988, within the District of Columbia, Isadore Gartrell and Keith Reynolds did carry, openly and concealed on or about his person, a pistol, without a license therefor issued as provided by law. (Carrying a Pistol without a License, in violation of 22 D.C. Code, Section 3204).[1]/

Mr. Stephens intended to use three District of Columbia cases No. F-13831-77A, No.F-4898-81A and No. F-6574-83A as prior convictions for enhancement purposes under D.C. Code Title 23-111,

1

in the instant offense No. F-8037-88 as well as testimony of wit-
nesses that produced statements at trial that resulted in aiding
and abetting of armed robbery, that was calculated by the U.S.
Probation Officer Benjamin F. Hyman, Jr.  The government knew to
present this evidence at trial he was required to establish Keith-
Odell; Reynolds' identity in the prior cases and present the speci-
fic evidence of aiding and abetting to the grand jury to be retur-
ned in open court that probable cause exists that Keith-Odell; Re-
ynolds committed a crime of conspiracy of aiding and abetting,
and that Petitioner violated 22 D.C. Code, Sections 2901, 3202;
22 D.C. Code § 403; and 22 D.C. Code, § 3204, statutory citations
as enacted by Congress.[2] He, being the U.S. Attorney, was aware of
the duty and responsibility as provided under Title 18 U.S.C. Pro-
posed Section 3324(a), "It shall be the duty of each grand jury
impaneled within any judicial district to inquire into each offen-
se against the criminal laws of the United States alleged to have
been committed within the district which brought to the attention
of the grand jury by the court or by any person." Especially
where as provided by Congress in Title 18 U.S.C. § 3332(a): "Any
such attorney receiving information concerning such an alleged
offense from any other person shall, if requested by such other
person, inform the grand jury of such alleged offense, the identi-
ty of such other person. And such attorney's action or recommenda-
tion. Mr. Stephens breached this mandatory duty to present such
information or evidence to the grand jury in the instant case. He
knew he had no standing upon which to base his claim against Pe-
titioner. And the only way to sustain cause for the proposed in-
dictment was to improperly influence the grand jury through
fraud and deceit. Therefore, although the evidence was insuffici-
ent and no facts existed of an offense against the United States,

2

he falsely accused Petitioner and misled the Attorney General
into a mistaken investigation of Keith-Odell; Reynolds by a
misstatement of the evidence that was willful.  He knew to
expose the nonexistence of sufficient evidence would have
rendered prosecution void and groundless.

So he went outside of accurate records to inject facts
contradictory to the required relevant facts necessary to es-
tablish Petitioner's guilt as Congress intended.  He fraudu-
lently misrepresented Keith+Odell; Reynolds as a lawfully
chartered corporation by using his name in acronyms namely
KEITH REYNOLDS deceiving the Court to believe Keith-Odell
Reynolds was operating a legal business licensed with the
ALCOHOL, TOBACCO AND FIREARMS ADMINISTRATION and Certified
by Washington DC to carry concealed weapons; or possession
of weapons during commission of crime of violence within the
United States as provided by law, under which his contracts,
policies and rules governing his jurisdiction required.  But
that Keith-Odell; Reynolds had violated the State gun laws.
When in fact, the government never presented a manufacturing
license proving the authencity of the violation of Carrying
concealed weapons; or possession of weapons during commission
of a crime of violence, nor state court judgments of convictions
nor certified copies of business licenses or contracts entered
into by Keith-Odell; Reynolds in a ficticious corporate name.
KEITH REYNOLDS.$\frac{3/}{}$ Thus, the government did not make a prima
facie showing of evidence of the existence of probable cause
that the accused has committed the offense charged and does
not constitute  proof of the commission of the crime charged.

3

See **ESTATE OF PRESLEY V. RUSSEN**, 513 F.Supp. 1339:

> [26,27] "The test for infringement of
> common law service marks or trademarks,
> which is the same as for statutorily
> registered marks, see House of Westmore,
> 151 F 2d at 265, is whether the defendant
> has made a subsequent unauthorized use of
> marks, which are the same or similar to
> those marks used by the plaintiff, in the
> sale or advertising of his goods or ser-
> vice to identify those goods or services;
> and the defendant's use creates a likeli-
> hood of confusion or decption as to the
> source of those goods or services. See
> James Burrough Ltd. v. Sign of Beefeater,
> Inc., 540 F. 2d 266, 275 (7th Cir. 1976);
> Tefal, S.A. v. Products International Co.,
> 186 U.S.P.O. 545, 548 (D.N.J. 1975), af-
> firmed, 529 F 2d 495 (3rd Cir. 1976);
> DeCosta v. Columbia Broadcasting System,
> Inc., 520 F 2d 499, 513415 (1st Cir.),
> cert denied; 423 U.S. 1073, 96 S.Ct. 856,
> 47 L.Ed 2d 83 (1975); Perfectform Corp-
> oration, 256 F 2d at 741; Caesars World,
> Inc., 490 F.Supp. at 823; Fotomat Corp.,
> 425 F.Supp. at 703; Time Mechanisms, Inc.,
> 422 F.Supp. at 914; Great Atlantic & Pa-
> cific Tea Co. v. A & P Trucking Corp., 29
> N.J. 455, 149 A.2d 595 (1959); N.J.S.A.
> 56:3-13-11. See generally 3 Callman, supra
> § 80. The facts that Elvis Presley has
> died and that it is undisputed that almost
> no one would expect to see Elvis Presley
> performing live in THE BIG EL SHOW does
> not preclude a finding of infringement.
> The likelihood of confusion test refers
> to source, and thus may be satisfied if
> the plaintiff proves that consumers viewing
> the defendant's marks are likely to beli-
> eve that plaintiff sponsored THE BIG EL SHOW
> production or licensed defendant to use the
> marks in connection with the show or was
> in some other way associated or affiliated
> with the production. See Dallas Cowboys
> Cheerleaders, Inc. v. Pussycat Cinema, 604
> F 2d 200, 205 (2d Cir. 1979); James Bur-
> rough Ltd. v. Sign of Beefeater, Inc.,
> 540 F 2d at 274."

Likewise, in the instant case, the government deceived

the grand jury to believe that the Petitioner was acting un-

der the character of a lawfully chartered corporation with

a Common Law Service Trade Mark  namely KEITH REYNOLDS acron-

4

yms for a ficticious business licensed with the Alcohol, Toba-
cco and Firearms Administration under contract through certifi-
cation with Washington, DC Copyright Office regulated by the
laws of the United States. Mr. Stephens misled the grand jury
(public jury) to believe that Keith-Odell; Reynolds conspired
by aiding and abetting with Isadore Gartrell to commit armed
robbery in violation of D.C. Code 2901, 3202 and Carry a Pistol
Without a License in violation of D.C. Code 3204 in violation
of State gun laws and that as a corporate entity Petitioner
has three previous convictions for violating similar gun laws,
when in truth, evidence was insufficient to sustain a convic-
tion for the instant offense or allegations of a corporate entity
operating within the jurisdiction of the United States. The charge
contradicts the evidence presented at trial. For that reason,
Keith-Odell; Reynolds was prejudiced.

## Constitutional Rights Violation
## Without Due Process of Law

1.    Fifth Amendment: the grand jury did not return an
indictment charging Petitioner as a corporate entity conspiring
by aiding and abetting with Isadore Gartrell to commit armed
robbery and Carrying a Pistol Without a License in violation
of D.C. Code § 2901, 3202 and 3204, and three prior convictions
in violation of D.C. Code Title 23-111 statutory citation in-
voking the Courts power to hear and try Petitioner for the
offense through Congressional authority;

2.    Fifth Amendment right to be free from double jeo-
pardy by unconstitutional use of state cases as prior convic-
tions; deprivation of liberty without due process of law;

5

3.    Sixth Amendment right to be informed of the nature
and cause of the accusation and opportunity to prepare a defense;

4.    Fourth Amendment right to Privacy.

## Discussion

The right to indictment by grand jury is not merely a per-
sonal privilege of the defendant, but a "public fundamental right"
which is the basis of jurisdiction to try and punish an individual.
See People v. Boston, 75 NY 2d 585, 555 NYS 2d 27, 554 NE 2d 64,
1990 NY LEXIS 924 (Critized on other grounds as states in People
v. Cummings, (sup) 159 Misc. 2d 1118, 611 NYS 2d 1011, 1994 NY
Misc. LEXIS 1531. Mr. Stephens withheld from the grand jury the
fact that no evidence could be discovered making Petitioner a law-
fully chartered Corporation under the fiction name; KEITH REYNOLDS
identified as a legal business subject to the laws of the United
States or that he violated 22 D.C. Code, Sections 2901, 3202; 22
D.C. Code, § 403; and 22 D.C. Code, § 3204 conspiring to commit
aiding and abetting and Carry a Pistol without a License with
Isadore Gartrell after having three previous felony gun law con-
victions under D.C. Code § 23-111 statutory citations while in the
course of his business operation. Thereby, fraudulently repre-
senting Petitioner as a legal entity incorporated and functioning
under the laws of the United States. And concealing the fact that
Petitioner was a private person with the right to be let alone.[4/]
The government had no evidence of proof that Petitioner affected
interstate commerce during the course of his alleged business
transactions or possession of weapons or that such violation was
contrary to law. Stephens knew the Alcohol, Tobacco and Firearms

6

laws under 22 D.C. Code, § 3204 are Civil in nature and does
not provide for criminal sanctions under that Code of D.C.
Municipal Rules and Regulations, and to attempt to try and
punish Petitioner in the name of criminal justice is to re-
present Congress' intent in a false light before the grand
jury and the public, making the public discriminate against
Petitioner denying him job opportunities as a result of ch-
aracter defamation as a criminal corporate element.[5/] Thus,
broadcasting it as Public information. Whereby, causing
Petitioner to be illegally imprisoned as a result of a void
indictment by grand jury and void judgment of conviction. It
is well settled law that the indictment enables the court,
upon conviction, to produce a proper judgment. And where
there is no indictment for an offense, any conviction for the
offense is void. To do such is clearly outrageous government
misconduct without probable cause existing. See Hilton v.
Braunskill,481 U.S. 770, 95 L.Ed 2d 724, 107 S.Ct. 2113 (1987);
Schlanger v. Seamans, 401 U.S. 487, 28 L.Ed 2d 156, 91 S.Ct.
1671 (1971); U.S. V. Murphy, 809 F. 2d 1427 (9th Cir. 1987);
Park v. U.S.,283 F. 2d 253 (1960). Murry v. Carrier,477 U.S.
478, 91 L.Ed 2d 397, 106 S.Ct. 2639:

> [Justice Brennan, with whom Justice Marshall joins,
> dissenting.*

I

A

> "Like the Great Writ from which it draws its essence,
> see Engle v. Issac, 456 U.S. 107, 126, 71 L.Ed.2d 783.

7

102 S.Ct. 1558 (1982), the root principle underlying
28 USC §2254 [28 USCS §2254] is that government in a
civilized society must always be accountable for an
individual's imprisonment; if the imprisonment does
not conform to the fundamental requirements of law,
the individual is entitled to his immediate release.
Of course, the habeas corpus relief available under
§2254 differs in many respects from its common-law
counterpart. Most significantly, the scope of the
writ has been adjusted to meet changed conceptions of
the kind of criminal proceedings so fundamentally
defective as to make imprisonment under them unacceptable.
See, e.g., Moore v. Dempsey, 265 US 86, 67 L.Ed 543,
43 S.Ct. 265 (1923); Johnson v. Zerbst, 304 US 458, 101;
82 L.Ed 1461, 58 S.Ct. (1938); Waley v. Johnston, 316 US
86 L.Ed 1302, 62 S.Ct. 964 (1942); Brown v. Allen, 344
US 443, 97 L.Ed 469, 73 S.Ct. 397, (1953); Fay v. Noia,
372 US 391, 9 L.Ed 2d 837, 83 S.Ct. 822 (1963).

## Conclusion

**Wherefore,** for the above reasons, clearly identified as a

fundamental miscarriage of justice, Petitioner moves this Hon.

District Court to issue an Order granting his immediate release

from unlawful custody and illegal imprisonment due to void in-

dictment and void judgment of conviction for lack of personal

and subject matter jurisdiction, as justice, equity, and fair-

ness would best be required, where government lacks standing. [6]

                    KEITH REYNOLDS ens legis, LLC
                    By: Keith-Odell; Reynolds
                    In Sovereign unlimited capacity
                    Pre-paid and Exempt from Levy
                    Authorized Representative
                    Attorney-In-Fact
                    AUTOTRIS# 227889930-C44532430
                    CUSIP# 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
                    Case No. F8037-88, d,e,f
                    Date:_____ 2006 C.E.

8

Footnote 1/
EXHIBIT A

GRAND JURY INDICTMENT



SUPERIOR COURT

OF THE    Aug 10  4 41 PM '88

DISTRICT OF COLUMBIA  FILED

Holding a Criminal Term

Grand Jury Sworn in on July 5, 1988

THE UNITED STATES OF AMERICA    :    Criminal Nos: F-8076-88
                                                         F-8077-88

                    v.                 :    Violation:  22 D.C. Code 2901, 3202;
                                                       403; 3204
                                            :
ISADORE GARTRELL                    :    (Armed Robbery; Destroying
KEITH REYNOLDS                               Property; Carrying A Pistol
                                            :    Without A License)

        The Grand Jury charges:

FIRST COUNT:

On or about July 13, 1988, within the District of Columbia,
Isadore Gartrell and Keith Reynolds, while armed with a firearm,
that is, a pistol, by force and violence, against resistance and
by putting in fear, stole and took from the person and from the
immediate actual possession of Gregory Scott, property of value
belonging to Richard D. Pace, consisting of an automobile and
personal papers. (Armed Robbery, in violation of 22 D.C. Code,
Sections 2901, 3202)

SECOND COUNT:

On or about July 13, 1988, within the District of Columbia,
Isadore Gartrell and Keith Reynolds maliciously did injure, break,
and destroy certain property, that is, an automobile, property of
Richard D. Pace, causing damage in the amount of $200 or more.
(Destroying Property, in violation of 22 D.C. Code, Section 403)

THIRD COUNT:

On or about July 13, 1980, within the District of Columbia, Isadore Cartrell and Keith Reynolds did carry, openly and concealed on or about his person, a pistol, without a license therefor issued as provided by law. (Carrying a Pistol without a License, in violation of 27 D.C. Code, Section 3204)

*Jerry B. Stephens /LH*

Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

*Abram Stevenson*

Foreperson.

Footnote 2/

Exhibit B

Pre Sentence Investigation Report
Pgs.  3, 4, 5, and 8

3

CONTACTS:

12-28-88    Interviewed defendant at Lorton Facility.

1-19-89    Telephone conversation with AUSA Duncan.

1-24-89    Telephone conversation with AUSA Duncan.

1-24-89    Telephoned defendant's Godfather, Arthur
           Crank.


OFFICIAL VERSION:

    On 7-13-88 at 0100 the victim reported that he had been robbed at
gunpoint by two persons at 3011 Martin Luther King Avenue, S.E.    Taken
in this robbery was the victim's car.    The victim reported the robbery
to the police, giving both a description of the car and the robbers.
On the same date at 0219 hours, W-3 spotted the victim's car at 50th &
Blair Street, N.E., occupied by two persons.    The vehicle was chased
and both defendants (Keith Reynolds and Isadore Gartrell) fled on foot
from the car.    The defendants matched the description of the robbers
given by the victim.

    Defendant Reynolds was found hiding under a tree/bush in the
vicinity of 198 54th Street.    Defendant Gartrell was found hiding
between some mattresses in the rear of a residence on Central Avenue.

    A handgun was recovered from under the driver's seat of the
victim's car.

Known Injuries or Damages:    According to AUSA Duncan, the defendant and
co-defendant stole the complainant's car and damaged it.    Apparently
over $200 worth of damage was done.    The exact amount is unknown.    The
defendants ran into a post.    AUSA Duncan says that he did not know if
there were any enhancements filed because he did not originally try
this case and his papers do not indicate any.

DEFENDANT'S VERSION:

    Mr. Reynolds refused to give his version of the offenses.

PRIOR CRIMINAL RECORD:

. Washington, D.C.

.-13-77    Homicide              In Papers      MPD, FBI
           F-13831-77A                          DCSC
           Armed Robbery Ct. 3    Indicted       DCSC

**PRIOR CRIMINAL RECORD:** (continued)

Washington, D.C.

| | | | |
|---|---|---|---|
| 2-15-77 | Armed Robbery Ct. C | FYCA 5010(c) 50 yrs. | DCSC |
| | Armed Robbery & Gun Charges, Cts. D thru P | All Cts. Dismissed | DCSC |
| 7-18-81 | ADW/Golf Club | No Papered | MPD, DCSC |
| | Simple Assault Ct. B | Nolle Prosequi | DCSC |
| | PPW/Others Ct. C | Nolle Prosequi | DCSC |
| 8-29-81 | CDW/Gun F-4898-81A | No Papered | MPD, DCSC |
| | Ammunition Violation Ct. B | No Papered | MPD, DCSC |
| | CDW Felony Ct. C | Indicted | DCSC |
| | CDW Felony Ct. D | 14 mos. to 42 mos. 6-28-82 | DCSC, DC Proc. |
| | Unregistered Firearm Ct. E | 6 mos. | " " |
| | Unregistered Ammunition Ct. F | 6 mos. | " " |
| 11-14-83 | CDW Gun F-6574-83A | No Papered | MPD, DCSC |
| | Armed Robbery Ct. B | Indicted | DCSC |
| | Armed Robbery Ct. C | 5-20 yrs. 6-16-84 consecutive to any other sent. imposed | DCSC |
| | CDW Felony Ct. D | 1 yr. 4-16-84 | DCSC |
| 3-7-93 | Prison Breach | 6 mos. consecutive to any other sent. imposed 3-29-84 | DCSC |
| 1-11-84 | Armed Robbery/Shotgun | Indicted | DCSC |
| | Robbery/F & V Ct. E | Nolle Prosequi | DCSC |
| 7-11-88 | UUA F-8037-88A | No Papered | MPD, FBI DCSC |
| | Armed Robbery Ct. B | Indicted | DCSC |
| | Prison Breach Ct. C | Nolle Prosequi | DCSC |
| | Armed Robbery Ct. D | INSTANT OFFENSE | DCSC |
| | Destruction of Property Over $200 Ct. E | INSTANT OFFENSE | DCSC |
| | Carrying a Pistol Without a License Ct. F | INSTANT OFFENSE | DCSC |

5

**PROBATION/PAROLE/PRE-DISPOSITION ADJUSTMENT:**

Mr. Reynolds has spent a significant part of his adolescent life and most of his adult life incarcerated. According to a 1984 presentence investigation report, Mr. Reynolds received an extensive sentence under the Youth Act (5010c) as a result of his involvement in an Armed Robbery in which his co-defendant was shot and killed and two other complainants received gunshot wounds. The report stated that prior to the defendant's 1977 Armed Robbery conviction, he had five criminal charges and one conviction as a juvenile. Essentially, when the defendant was in the community in recent years it was as a fugitive with the exception of a four month period between April of 1981 to August of 1981 according to the 1984 presentence investigation report. The report indicated that Mr. Reynolds was paroled in December 1980 to a halfway house placement and was released into the community on April 2, 1981. It was further reported that he was incarcerated again on August 31, 1981 as a result of a rearrest but escaped September 7, 1983.

As one can discern, Mr. Reynolds has been given every opportunity to help himself. He never afforded himself the opportunity of probation, because he constantly was on escape and incurring offenses. The instant offenses occurred while he was on parole and escape status.

Mr. Reynolds has proven to be a danger and threat to the community.

**EMPLOYMENT HISTORY:**

From: November 1987 to March 1988
Name of Employer: Pioneer Builders
Address: 5120 Frolich Lane, Tuxedo, Md.   20781
Telephone Number: 773-1706
Position/Salary: Laborer/$7.00 per hour
Reason for Leaving: Problems in halfway house
Verification: Patrick Banem, Treasurer of Company

Comment:  Other than the above employment, the defendant has been incarcerated since late 1980.

**SOCIAL HISTORY:**

SOURCE(S) OF INFORMATION:  Defendant· defendant's godfather  Mr. Crank·
employer  Mr. Banem

Family History:

The defendant says that he lived with his godfather, Mr. Arthur Crank, his wife and daughter.  He said that his mother had been deceased since he was twelve years old.  After his mother died, the defendant left Virginia and came to live with his uncle. Herbert

8

## EVALUATION AND DIAGNOSIS:

Mr. Keith Reynolds, a thirty-one year old male offender, is before the Court after being found guilty by jury of Armed Robbery, Destruction of Property Over $200, and Carrying a Pistol Without a License.

Mr. Reynolds was cooperative during our presentence investigation interview; however, he refused to give his version of the instant offenses. He neither admitted nor denied guilt.

Mr. Reynolds said he was born in Virginia and came to live in Washington, D.C. with his uncle after his mother's death. The FBI shows Ohio as the defendant's birth place. Mr. Reynolds said that his living situation has been unstable since his mother's death. He said that he was in a juvenile home for boys in Virginia at one time. The defendant was involved in a serious crime of Armed Robbery in 1977 in which his co-defendant was fatally shot and two complainants received gunshot wounds at the hands of the defendant.

Mr. Reynolds has been arrested and convicted of a series of Armed Robbery and Carrying Dangerous Weapon offenses since 1977. On 6-16-84, the defendant was sentenced to five to twenty years consecutive to any other sentence imposed following an Armed Robbery conviction and one year for Carrying a Dangerous Weapon (Gun). On 10-30-87, Mr. Reynolds was transferred from the Minimum Security Facility, Lorton, Virginia to Community Correctional Center #1, 1010 North Capitol Street, N.W., Washington, D.C. On 3-17-88, about 10:00 PM, Mr. Reynolds left the CCC without permission. Mr. Reynolds was placed on escape immediately by an employee of CCC #1. While on escape, the defendant incurred the instant offenses. Mr. Reynolds seems to be a career criminal and a danger to the community.

Based on the nature of the offenses, the defendant's prior criminal record and convictions of similar offenses, and the fact that the defendant has proven to be a danger to society, we recommend incarceration.

## TREATMENT PLAN:

1.  Individual counseling to address the defendant's aggressive behavior.

2.  Vocational/educational counseling.

3.  Drug treatment.

Footnote 3/

Exhibit C

Affidavit of Publishing/Copyright Notice

## AFFIDAVIT OF PUBLICATION

# The Polk County Press

1020 N. Church Ave. (Hwy. 37-N)
Mulberry, FL 33860-2040
Phone: 1 863 425 3411

*A Legal Newspaper Of General Circulation In Polk County, Florida. Second Class U.S. Postage Approved Newspaper*

Mulberry, Polk County, Florida

Case No. .................Docket............ Page No. ...............

Before the undersigned authority personally appeared William M. Histed, who on oath that he is Publisher of THE POLK COUNTY PRESS, a newspaper published at Mulberry, in Polk County, Florida, that the attached copy of advertisement, being a Public Legal Notice / Copyright Notice in the matter of Keith Odell; Reynolds in the ..................... Court, was published in said newspaper in the issues of September 11, 18, 25, October 2, 2003

Affiant further says that The Polk County Press is a newspaper published at Mulberry, in said Polk County, Fl., and that said newspaper has hertofore been continually published in said Polk County, Florida, each Thursday, and has been entered as Second Class matter at the Post Office in Mulberry, in said Polk County, Florida, for a period of one year next preceeding the first public action of the attached copy of advertisement, and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

SIGNED, William M. Histed
William M. Histed

Sworn to and subscribed before me this 2nd day of October 2003 by WILLIAM M. HISTED who is personally known to me or who has produced..................................... as identification.

Carole M. Histed

Carole M. Histed Notary Public

My Commission Expires:

NOTARY PUBLIC STATE OF FLORIDA
CAROLE M. HIS[TED]
MY COMMISSION # D[...]
EXPIRES: May 27, [...]
1-800-3-NOTARY FL Notary Service & Bo[nding]

---

### Copyright Notice

Copyright Notice: All rights reserved re common-law copyright of trade-name/trade-mark, KEITH ODELL REYNOLDS© as well as any and all derivatives and variations in the spelling of said trade-name/trade-mark-Common Law Copyright© 1975 by Keith Odell;Reynolds©.

Said common-law trade-name/trade-mark, KEITH ODELL REYNOLDS©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Keith Odell;Reynolds© as signified by the red-ink signature of Keith Odell;Reynolds© hereinafter "Secured Party." With the intent of being contractually bound, any juristic person, as well as the agent of said juristic person, consents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark KEITH ODELL REYNOLDS©, nor the common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, KEITH ODELL REYNOLDS© without the prior, express, written consent and acknowledgement of Secured Party, as signified by Secured Party's signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of KEITH ODELL REYNOLDS©, and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "KEITH ODELL REYNOLDS©", nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor i.e. "KEITH ODELL REYNOLDS©", in Hold-harmless and Indemnity Agreement No. KOD-120857-HHIA, dated the eighth day of the Twelfth Month in the Year of our Heavenly Father One Thousand Nine Hundred Seventy Five against any and all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason purpose, and cause whatsoever. Self-executing Contract/Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of KEITH ODELL REYNOLDS© other than authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property, contractually binds User, renders this Copyright Notice a Security Agreement wherein User is debtor and Keith Odell;Reynolds© is Secured Party, and signifies that User: (1) Grants Secured Party a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land, and personal property, in the sum certain amount of $ 500,000.oo per each occurence of use of the common-law-copyrighted trade-name/trade-mark KEITH ODELL REYNOLDS©, as well as for each and every occurence of use of any and all derivatives of, and variations in the spelling of, KEITH ODELL REYNOLDS©, plus costs, plus triple damages; (2) authenticates this Security Agreement wherein user is debtor and Keith Odell;Reynolds© is Secured Party, and wherein User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposits accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereinafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common-law-copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein User is debtor and Keith Odell;Reynolds© is Secured Party;

(4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)", until User's contractual obligation therefore incurred has been fully satisfied; (5) consents and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)" and "(4)", as well as the filing of any Security Agreement, as described above in paragraph "(2)", in the UCC filing office, as well as in any county recorder's office; (6) consents and agrees that any and all such filing described in paragraphs "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default to User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use: Payment Terms: In accordance with fees for unauthorized use of KEITH ODELL REYNOLDS© as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of the date User is sent Secured Party's invoice, hereinafter "Invoice," itemizing said fees. Default Terms: In event of non-payment in full of all unauthorized-use fees by User with ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's property and property pledged as collateral by User, as set forth in above in paragraph "(2)", immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default and without further notice, any and all of User's property and interest, described above in paragraph "(2)" formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate. Terms for Curing Default: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property, described above in paragraph "(2)", in the possession of, as well as disposed of by, Secured Party, as authorized above under: "Default Terms", User may cure User's default only re the remainder of User's said former property and interest property, formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty-(20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty-(20) day default-curing period.

Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner: Keith Odell;Reynolds©, Autograph Common Law Copyright© 1975. Unauthorized use of "Keith Odell;Reynolds©" incur same unauthorized-use fees as those associated with KEITH ODELL REYNOLDS©, as set forth above in paragraph "(1)" under "Self-executing Contract"/Security Agreement in Event of Unauthorized Use."

Published: The Polk County (FL.) Press, Sept. 4, 11, 18, 25, 2003

## COPY CERTIFICATION BY NOTARY

State of ___*PA*___

County of ___*UNION*___ } ss.

On this the __*5*__ day of __*October*__, __*2006*__, I certify that the attached or preceding
Day          Month          Year

document of __*2*__ pages is a true, exact, complete and unaltered photocopy of
No of Pages

√ *Affidavit of Publication / Copyright Notice*
Description of Original Document

presented to me by

*Keith-Odell Reynolds El*
Original Document's Custodian on Above Date

and that, to the best of my knowledge, the original
document is neither a public record nor a publicly
recordable instrument, certified copies of which
are available from an official source other than a
Notary Public.

– OR –

an official notarial record in my possession.

*Jamie Lee Morrison*
Signature of Notary Public                NOTARIAL SEAL, Notary Public
Jamie Lee Morrison, Notary Public
Gregg Twp., Union County
Place Notary Seal Above                    My Commission Expires September 28, 2008
Notary's Name Printed Here         Notary Commission Expiration Date

———— **OPTIONAL** ————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the certified
copy and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Attached Document**
Address Where Original is Kept: _____

Original Document Date: _____       Copy Kept by Notary? _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**
Individual
Corporate Officer — Title: _____
University or School Officer — Title: _____
Governmental Officer or Agent — Title: _____
Business Proprietor or Manager
Attorney
Trustee
Other: _____

Custodian Is Representing: _____

©2002 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org  Prod. No. 5022  Reorder: Call Toll-Free 1-800-876-6827

Footnote 4/

Exhibit D

UCC-1 Financing Statements

Louisiana and Kentucky

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code and will remain effective, with certain exceptions, for 5 years from date of filing.

| A. NAME & TEL. # OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

C. RETURN COPY TO: (Name and Mailing Address)

Keith Odell; Reynolds
1000 Air Base Road
Pollock;near[71467]
Louisiana

D. OPTIONAL DESIGNATION (if applicable): [ ] LESSOR/LESSEE [ ] CONSIGNOR/CONSIGNEE [ ] NON-UCC FILING

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b)**

1a. ENTITY'S NAME
| REYNOLDS | KEITH | ODELL | |
|---|---|---|---|
1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 1c. MAILING ADDRESS P.O.BOX 2099 | CITY POLLOCK | STATE LA | COUNTRY U.S. | POSTAL CODE 71467-2099 |
|---|---|---|---|---|

| 1d. S.S. OR TAX # 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 | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITY'S ORGANIZATIONAL I.D.#, if any [ ] NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b)**

2a. ENTITY'S NAME
| | | | |
|---|---|---|---|
2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| 2d. S.S. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITY'S ORGANIZATIONAL I.D.#, if any [ ] NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME - insert only one secured party name (3a or 3b)**

3a. ENTITY'S NAME
| Reynolds; | Keith | Odell | |
|---|---|---|---|
3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 3c. MAILING ADDRESS 1000 Air Base Road | CITY Pollock, Louisiana | STATE --- | COUNTRY usa | POSTAL CODE near [71467-2099] |
|---|---|---|---|---|

**4.** This FINANCING STATEMENT covers the following types or items of property: All of debtor's assets,land,and personal prop
-ty,and all of debtor's interest in said assets, land and personal property,n
owned and hereafter acquired,now existing and hereafter arising,and where
located, described fully in Security Agreement No.KOD-120857-SA;Private Agree
ment No.KOD-120857-PA;Hold Harmless and Indemnity Agreement No.KOD-120857-HHI
dated the Eighth day of the Twelth Month in the Year of Our Heavenly Father
One Thousand Nine Hundred and Seventy Five. Inquiring parties may consult
directly with debtor for ascertaining,in detail,the financial relationship
and contructual obligations associated with this commercial transaction,
identified in security agreement referenced above.THE DEBTOR'S TRANSMITTING
UTILITY,is herewith entered in the Commercial Registry, and the following
property is entered in the Commercial Registry---

| 5. CHECK BOX | [ ] This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions [additional data may be required] | 7. If filed in Florida (check one) [ ] Documentary stamp tax paid | [ ] Documentary stamp tax not applicable |
|---|---|---|---|

6. REQUIRED SIGNATURE(S)

KEITH ODELL REYNOLDS/Debtor

Keith Odell; Reynolds/ secured party

| B. [ ] This FINANCING STATEMENT is to be filed [for record] [or recorded] in the REAL ESTATE RECORDS Attach Addendum (if applicable) |
|---|
| 9. Check to [REQUEST SEARCH CERTIFICATE(S)] on Debtor(s) [ADDITIONAL FEE] [optional] [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2 |

(1) FILING OFFICER COPY - NATIONAL FINANCING STATEMENT (FORM UCC1) (TRANS) (REV. 12/18/95)

REORDER FROM Register, Inc.
514 MERK 216
P.O. BOX 216
ANOKA MN 55303
(612) 421-1713

22-80648

ENTITY'S NAME

| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| REYNOLDS | KEITH | ODELL |

AuB. MISCELLANEOUS:

Ad1. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (Ad1a or Ad1b)

Ad1a. ENTITY'S NAME

OR

| Ad1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| Ad1c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| Ad1d. S.S. OR TAX I.D.# | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | Ad1e. TYPE OF ENTITY | Ad1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | Ad1g. ENTITY'S ORGANIZATIONAL I.D.#, if any | NONE |
|---|---|---|---|---|---|

Ad2. ADDITIONAL SECURED PARTY'S EXACT FULL LEGAL NAME - insert only one name (Ad2a or Ad2b)

Ad2a. ENTITY'S NAME

OR

| Ac2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| Ad2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

Ad3a. [X] This FINANCING STATEMENT covers timber to be cut, minerals, or mineral-related accounts, or is filed as a fixture filing

Ad3b. [ ] This FINANCING STATEMENT covers crops growing or to be grown in the real estate described below

Ad4. Description of real estate:

Ad5. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Ad7. Additional collateral description: STATE OF VIRGINIA CERTIFICATE OF BIRTH file number of STATE 145-57-083144, REGISTRATION NUMBER VS1918471; and/or any and all derivatives or variations in the title thereof, and any otherwise-entitled birth document/record-issued; "STATE CITIZEN IDENTIFICATION CARD," "UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS REGISTRATION No. 04135-000", "FEDERAL BUREAU OF INVESTIGATION No. 45504x1." "Account Number 227889930; Posted Certified Account No.7099-3320-0007-2905-7015. All the above property is accepted for value and is exempt from levy. All proceeds, products, accounts, and fixtures, and orders therefrom, are released to the DEBTOR, Hereafter, designation of "DEBTOR, KEITH ODELL REYNOLDS" shall expressly include all variations thereo entered in the Commercial Registry. "SECURITY AGREEMENT PRIVATE AGREEMENT, HOLD HARMLESS AND INDEMNITY AGREEMEN IS ACCEPTED FOR VALUE, and exempt from levy, and herewith registered in the Commercial Registry. Adjustment of this filing is in accord with UCC§§ 1-103,1-10 and House Joint Resolution 192 of June 5,1933. Secured Party accepts Debtor's signature in accord with UCC§§ 1-201(39), 3-401.

Ad6. REQUIRED SIGNATURE *Secured Party*

*Keith Odell Reynolds*

Ad8. [X] Debtor is a TRANSMITTING UTILITY (if applicable)

(1) FILING OFFICER COPY   — NATIONAL ADDENDUM (FORM UCC1Ad) (TRANS) (REV. 12/18/96)

REORDER FROM
Registré, Inc.
514 PIERCE ST
P O BOX 719
ANOKA, MN 55303
(612) 421-1713

ATTEST: A TRUE COPY OF ORIGINAL

Brandy Wicland
DEPUTY CLERK DISTRICT COURT
GRANT PARISH, LA

Keith, Odell, Reynolds
Received, Party
ETD # 229.33.9730

L58515    IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT FORM — DO NOT DETACH STUB

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐
  Keith Odell;Reynolds [04135-000]
  1000 Air Base Road
  Pollock;near[71467-2099]
  Louisiana
  ⌐

| | |
|---|---|
| Filed by: | Kentucky Secretary of State |
| Filing number: | 2003-1952854-89 action: 01 |
| Filing date: | 9/8/2003 4:30:00 PM |
| Status: | Active |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| REYNOLDS | KEITH | ODELL | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O.BOX 2099 | POLLOCK | LA | 71467-2099 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Reynolds | Keith | Odell | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1000 Air Base Road | Pollock,Louisiana | LA | 71467-2099 | Usa |

4. This FINANCING STATEMENT covers the following collateral: All of debtor's assets,land,Chattel paper,personal property, owned and hereafter acquired,now existing and hereafter arising,and where located,described fully in Security Agreement No.Kod-120857-SA;Private Agreement No.KOD-120857-PA;Hold Harmless and Indemnity Agreement No. KOD-120857_HHIA,dated the Eighth day of the Twelth Month in the Year One Thousand Nine Hundred and Seventy Five.Inquiring parties may consult directly with debtor for ascertaining,in detail, the financial relationship and contractual obligations associated with this commercial transaction,identified in Security Agreement.The Debtor's Transmitting Utility is herewith entered in the Commercial Registry,and the following property,and Chattel paper also.STATE OF VIRGINIA CERTIFICATE OF BIRTH,file number of STATE 145-57-083144,REGISTRATION NUMBER VS1918471;and/or any and all derivatives or variations in the title thereof,and any otherwise entitled birth document/record issued.STATE CITIZEN IDENTIFICATION CARD;UNITED STATES DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF PRISONS REGISTRATION No.-----04135-000;FEDERAL BUREAU OF INVESTIGATION No.45504x1;

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [if applicable] [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT FORM — DO NOT DETACH STUB

20062

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| REYNOLDS | KEITH | ODELL |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing

14. Description of real estate

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest)

16. Additional collateral description: Account No.227889930,Posted Certified Account No.7099-3320-0007-2905-7015. All the above property is Accepted for Value and is exempt from levy.The Secured Party is not an individual,person,or,whoever. All proceeds,products, accounts, and fixtures,and orders therefrom are released to the DEBTOR,hereafter designated as "KEITH ODELL REYNOLDS",shall expressly include all variations thereof entered in the Commercial Registry. Security Agreement,Private Agreement,and,Hold Harmless and Indemnity Agreement,is Accepted for Value,and exempt from levy,and herewith Registered in the Commercial Registry.Adjustment of this filing is in accord with UCC §§ 1-103,1-104,and House Joint Resolution 192 of June 5,1933.Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(39),3-401.

17. Check only if applicable and check only one box

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box

☒ Debtor is a TRANSMITTING UTILITY

Footnote 5/

Notice By Written Communication/

Security Agreement

Exhibit E

REYNOLDS, KEITH ODELL(c)
P.O. Box 3000
WHITE DEER,PA 17887

Certified Mail No.

In care of:
Post Office Box 3000
White Deer
Pennsylvania
Keith Odell; Reynolds(c)


Jonathan C. Miner, Warden
USP-Allenwood
P.O. Box 3000
White Deer, PA 17887

Alberto Gonzales
U.S. Attorney
950 Pennsylvania Ave. NW
Washington, D.C. 20530


## NOTICE BY WRITTEN COMMUNICATION/SECURITY AGREEMENT

This Notice by Written Communication/Security Agreement, hereinafter "Notice by Written Communication," is sent for the purpose of clearing up a misunderstanding on the part of Keith Odell; Reynolds(c), hereinafter Secured Party. Considering the seriousness of this matter Secured Party has determined that it is vital that all communication by and between Secured Party and Jonathan C. Miner & Alberto Gonzales be in written form so that a proper record is maintained for Secured Party's remedy should such need ever arise. In event Jonathan C. Miner & Alberto Gonzales determines that legal advice is necessary, Jonathan C. Miner & Alberto Gonzales may correspond with Secured Party only by designating addressee on any envelope, package, and the like, intended for Secured Party as "Secured Party." Jonathan C. Miner & Alberto Gonzales use of any other addressee designation on any correspondence intended for Secured Party is not authorized and accelerates Jonathan C. Miner & Alberto Gonzales acceptance of the obligation of the herein-below-described consensual contract effective the date any such unauthorized correspondence is sent Secured Party by Jonathan C. Miner & Alberto Gonzales and in accordance with other terms set forth herein below under "Acceleration of Acceptance of Obligation of Consensual Contract."

It is Secured Party's understanding that Jonathan C. Miner & Alberto Gonzales does not hold a perfected security interest in any property of KEITH ODELL REY-NOLDS(c), also known by any and all derivatives and variations in the spelling of said name used with the intent of referencing KEITH ODELL REYNOLDS(c), and likewise in any property of KEITH ODELL REYNOLDS(c), i.e. in any secured collateral of Secured Party, Jonathan C. Miner & Alberto Gonzales ........... must provide Secured Party with proof of superiority of any such perfected

Page 1 of 8

security interest of    Jonathan C. Miner & Alberto Gonzales
                                          over that of Secured Party's
within seventy-two (72) hours of midnight the day following
   Jonathan C. Miner & Alberto Gonzales
      receipt of this Notice by Written Communication.

Secured Party is not now, nor has Secured Party ever been a surety, nor
an accommodation party, for KEITH ODELL REYNOLDS(c), nor for any deriva-
tive of, nor for any variation in the spelling of, KEITH ODELL REYNOLDS(c),
nor for any other juristic person, and is so indemnified and held harmless
by KEITH ODELL REYNOLDS(c) in Hold-harmless and Indemnity Agreement No.
KOD-120857-HHIA dated the Eighth Day of the Twelth Month in the Year of
Our Lord One Thousand Nine Hundred Seventy-five against any and all claims,
legal actions, orders, warrants, judgements, demands, liabilities, losses,
depositions, summonses, lawsuits, costs, fines, liens, levies, penalties,
damages, interests, and expenses whatsoever, both absolute and contingent,
as are due and as might become due, now existing and as might hereafter
arise, and as might be suffered by, imposed on, and incurred by KEITH ODELL
REYNOLDS(c) for any and every reason, purpose, and cause whatsoever.

### Unauthorized Use Strictly Prohibited

All rights reserved re common law copyright of trade-name/trademark KEITH
ODELL REYNOLDS(c)-as well as any and all derivatives and variations in the
spelling of said trade-name/trademark, not excluding "Keith Odell;Reynolds
-Common Law Copyright (c) 1975 by Keith Odell;Reynolds(c). Said trade-name
/trademark, KEITH ODELL REYNOLDS(c), may neither be displayed, nor used,
nor reproduced in whole, nor in part, nor in any manner,whatsoever, with-
out the prior, express, written consent and acknowledgement of Secured
Party as signified by Secured Party's signature in red ink.

This Notice by Written Communication provides Jonathan C. Miner &
Alberto Gonzales                                          with notice
that "KEITH ODELL REYNOLDS," is a common-law copyright of Keith Odell;
Reynolds(c), i.e. Secured Party, that any unauthorized use of KEITH ODELL
REYNOLDS(c) by Jonathan C. Miner & Alberto Gonzales
                         constitutes counterfeiting and common law trade-
name/trademark copyright infringement, that Secured Party neither grants,
nor implies, nor otherwise gives consent for any unauthorized use of KEITH
ODELL REYNOLDS(c), and that any and all such unauthorized use is strictly
prohibited.

### Acceleration of Acceptance of Obligation of Consensual Contract

With the intent of being contractually bound, any juristic person, inclu-
ding, but not limited by Jonathan C. Miner & Alberto Gonzales

consents and agrees by this Notice by Written Communication that said ju-
ristic person shall neither display, nor reproduce, nor otherwise use in
any manner, the common law trade-name/trademark KEITH ODELL REYNOLDS(c),
nor the common law copyright associated therewith, nor any derivative of,
nor any variation in the spelling of, KEITH ODELL REYNOLDS(c), not exclu-
ding "Keith Odell;Reynolds," without the prior express, written consent
and acknowledgement of Secured Party as signified by Secured Party's
signature in red ink, and that any such additional instance of unauthorized
use of Secured Party's common law copyrighted trade-name/trademark by
Jonathan C. Miner & Alberto Gonzales
        following Jonathan C. Miner & Alberto Gonzales
                         receipt of this Notice by Written Commun-
ication accelerates Jonathan C. Miner & Alberto Gonzales

acceptance of the obligation of the herein
described consensual contract, as well as the unconditional promise of pay-
ment in full of said obligation, effective the date of the first instance
of additional unauthorized use following Jonathan C. Miner & Alberto
    Gonzales                                    receipt of this Notice
by Written Communication, in strict accordance with terms set forth below in
paragraphs "(1)" through "(9)" under "Self-executing Security Agreement,"
wherein  Jonathan C. Miner & Alberto Gonzales
              is "User."

## Procedure for Opting Out of Consensual Contract

Jonathan C. Miner & Alberto Gonzales
          unauthorized use, i.e. counterfeiting, of Secured Party's common
law trade-name/trademark and copyright, consensually contractually binds
Jonathan C. Miner & Alberto Gonzales
          with Secured Party, as of Jonathan C. Miner & Alberto Gonzales        ,
                              initial unauthorized use of
Secured Party's common law trade-name/trademark and copyright, in respect
of fair compensation due Secured Party for use of Secured Party's private
property.  Jonathan C. Miner & Alberto Gonzales
              can opt out and withdraw from
              Jonathan C. Miner & Alberto Gonzales      consensual
contract with Secured Party and retain noobligation associated therewith
only by immediate cessation of any and all further unauthorized use of
Secured Party's common law copyrighted property, and immediate release from
illegal imprisonment re Case No.F8037-88DEF, 04135-000,186-728.

## Self-Executing Security Agreement

By the act of any single instance of unauthorized use of Secured Party's
common law copyrighted property by  Jonathan C. Miner & Alberto
 Gonzales
                                              receipt of
this Notice by Written Communication, Jonathan C. Miner &
 Alberto Gonzales                          hereinafter "User" only in
this "Self-executing Security Agreement" section, accepts the obligation of
this consensual contract, this Notice by Written Communication concomitantly
becomes a security agreement, hereinafter "Security Agreement," wherein User
is Debtor and Keith Odell; Reynolds(c) is Secured Party and User."

(1)  Grants Secured Party a security interest in all of User's property and
interest in property in the sum certain amount of $500,000.oo per each
occurence of use of common law copyrighted trade-name/trademark KEITH ODELL
REYNOLDS(c), as well as for each and every use of any and all derivatives
of, and variations in the spelling of, KEITH ODELL REYNOLDS(c), not exclud-
ing "Keith Odell; Reynolds," plus all reasonable costs associated with en-
forcing said security interest and collecting the indebtedness, plus triple
damages, i.e. plus total damages calculated in United States Dollars and
multiplied by a factor of 3 (i.e. Damages in United States Dollars x 3);

(2)  Authenticates this Security Agreement wherein User is Debtor and Keith
Odell; Reynolds(c) is Secured Party, and wherein User pledges all of User's
property, i.e. all: motor vehicles; aircraft; vessels; ships; trademarks;
copyrights; patents; consumer goods; firearms; farm products; inventory;
equipment; money; investment property; commercial tort claims; letters of
credit; letter-of-credit rights; chattel paper; electronic chattel paper;
tangible chattel paper; certificated securities; uncertificated securities;
promissory notes; payment intangibles; software; health-care-insurance
receivables; instruments; deposit accounts; accounts; documents; livestock;

real estate; and real property-including all buildings, structures, fix-
tures, and appurtenances situated thereon, as well as affixed thereto-
fixtures; manufactured homes; timber; crops; and as-extracted collateral,
i.e. all oil, gas, and other minerals, as well as any and all accounts
arising from the sale of these substances, both at wellhead and minehead;
accessions, increases, and additions, replacements of, and substitutions
for, any of the property described hereinabove in this paragraph; products,
produce, and proceeds of any of the property described hereinabove in this
paragraph; accounts, general intangibles, instruments, monies, payments,
and contract rights, and all other rights, arising out of sale, lease, and
other disposition of any of the property described hereinabove in this
paragraph; proceeds, including insurance, bond, general intangibles, and
accounts proceeds, from the sale, destruction, loss, and other disposition
of any of the property described hereinabove in this paragraph; records
and data involving any of the property described hereinabove in this para-
graph, such as in the form of a writing, photograph, microfilm, microfiche,
tape, electronic media, and the like, together with all of User's right,
title, and interest in all computer software and hardware required for
utilizing, creating, maintaining, and processing any such records and data
in any electronic media, and all of User's interest in all such foregoing
property in this paragraph, now owned and hereafter acquired, now existing
and hereafter arising, and wherever located, as collateral for securing
User's contractual obligation in favor of Secured Party for User's unauth-
orized use of Secured Party's common law copyrighted property.

(3)  Consents and agrees with Secured Party's filing of a UCC Financing
Statement in the UCC filing office, as well as in any county recorder's
office, wherein User is Debtor and Keith Odell; Reynolds(c)is Secured Party.

(4)  Consents and agrees that said UCC Financing Statement described above
in paragraph "(3)" is a continuing financing statement, and further consents
and agrees with Secured Party's filing of any continuation statement necess-
ary for maintaining Secured Party's perfected security interest in all of
User's property and interest in property pledged as collateral in Security
Agreement described above in paragraph "(2)", until User's contractual
obligation theretofore incurred has been fully satisfied.

(5)  Consents and agrees with Secured Party's filing of any and all UCC
Financing Statements, as described hereinabove in paragrapghs "(3)" and
"(4)", and the filing of any Security Agreement, as described hereinabove
in paragraph "(2)", in the UCC filing office, as well as in any county
recorder's office;

(6)  Consents and agrees that any and all such filings described in para-
graphs "(4)" and "(5)" above are not, and may not be considered, bogus,
and that User will not claim that any such filing is bogus;

(7)  Waives all defenses;

(8)  Appoints Secured Party as Authorized Representative for User, effective
upon User's default re User's contractual obligations in favor of Secured
Party as set forth below under "Payment Terms" and "Default Terms," granting
Secured Party full authority and power for engaging in any and all actions
on behalf of User including, but not limited by authentication of a record
on behalf of User, as Secured Party, in Secured Party's sole discretion,
deems appropriate, and, as regards any deposit account of any kind maintained
with any bank in/under the name of User, and likewise any deposit account
maintained with any bank in/under the Social Security Account Number of User,
notwithstanding the absence of User's name as account-holder on any such
deposit account maintained with any bank in/under the Social Security

Account Number of User, grants Secured Party full authority and power for originating instructions for said deposit-account bank and directing the disposition of funds in said deposit account by acting as signatory on said deposit account without further consent of User and without liability and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest;

(9)    Consents and agrees with all of the following additional terms of this Self-executing Security Agreement:

(a)    Payment TermS:  In accordance with fees for unauthorized use of KEITH ODELL REYNOLDS(c) as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized use fees in full within (10) ten days of date Secured Party's invoice, hereinafter "Invoice", itemizing said fees , is sent User.

(b)    Default Terms:  In event of non-payment in full of all unauthorized-use fees by User within (10) ten days of date Invoice is sent, User shall be deemed in default and;

(i)    All of User's property and interest in property pledged as collateral by User, as set forth in above paragraph "(2)", immediately becomes, i.e. is, property of Secured Party;

(ii) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and

(iii) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, as described above in paragraph "(2)", now property of Secured Party, in respect of this "Self-executing Security Agreement," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

(c)  Terms for Curing Default:  Upon event of default, as set forth above under "Default Terms," User can cure User's default and void strict foreclosure re any remainder of User's former property and interest in property that is neither in the possession of Secured Party, nor otherwise disposed of by Secured Party, only within twenty (20) days of User's default and only by payment in full of the balance of the sum certain amount owed by User, as noticed User in Invoice,that is not already paid by Secured Party's possession, sale, liquidation, and the like of User's former property and interest in property pledged as collateral for securing User's obligation.

(d)    Terms of Strict Foreclosure:  User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day default curing period.

Ownership subject to common law copyright and UCC Financing Statement and security agreemnet filed with the UCC filing office. Record Owner Keith Odell; Reynolds(c), Autograph Common Law Copyright(c) 1975 by Keith Odell; Reynolds(c).

## Words Defined---Glossary of Terms

As used in this Notice by Written Communication, the following words and terms are as defined in this section, non obstante:

All.  In this Notice by Written Communication the word "all" means everything one has; the whole number; totally, including both all and sundry, everyone, without restriction.

Appellation.  In this Notice by Written Communication the term "appellation' means: Ageneral term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and blood man.

Authorized Representative.  In this Notice by Written Communication the term "Authorized Representative" means the Secured Party, Keith Odell; Reynolds(c), authorized by Debtor, upon Debtor's default, for signing Debtor's signature, without liability and without recourse.

Collateral.  In this Notice by Written Communication the term "collateral" means any and all property of Debtor identified above in paragraph "(2)".

Debtor.  In this Notice by Written Communication the term "Debtor" means JONATHAN C. MINER & ALBERTO GONZALES
          effective upon execution of Security Agreement as set forth above under "Self-executing Security Agreement."

Derivative.  In this Notice by Written Communication the term "derivative" means coming from another; taken from somethingpreceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

Hold-harmless and Indemnity Agreement.  In this Notice by Written Communication the term :Hold-harmless and Indemnity Agreement" means the written ,express, Hold-harmless and Indemnity Agreement No. KOD-120857-HHIA dated the Eighth Day of the Twelfth Month in the Year of Our Lord One Thousand Nine Hundred Seventy-five, between Keith Odell; Reynolds(c) and KEITH ODELL REYNOLDS, together with all modifications of and substitutions for said Hold-harmless and Indemnity Agreement.

Keith Odell; Reynolds.  In this Notice by Written Communication the term "Keith Odell; Reynolds" means the sentient, living being known by the distinctive appellation "Keith Odell; Reynolds." All rights are reserved re use of Keith Odell; Reynolds(c), Autograph Common Law Copyright (c) 1975 by Keith Odell; Reynolds(c).

KEITH ODELL REYNOLDS.  In this Notice by Written Communication the term "KEITH ODELL REYNOLDS" means KEITH ODELL REYNOLDS(c), and any and all derivatives and variations in the spelling of said name except "Keith Odell; Reynolds," Common Law Copyright (c)1975 by Keith Odell; Reynolds(c). All Rights Reserved.

Juristic person.  In this Notice by Written Communication the term "juristic PERSON" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as KEITH REYNOLDS
which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a sentient, living being, such as Keith Odell; Reynolds.

---

"From the earliest times the law has enforced rights and
exacted liabilities by utilizing a corporate concept by
recognizing, that is, juristic persons other than human
beings. The theories by which this mode of legal operation
has developed, has been justified, qualified, and defined
are the subject matter of a very sizable library. The
historic roots of a particular society, economic pressures
,philosophic notions, all have had their share in the law's
response to the ways of men in carrying on their affairs
through what is now the familiar device of the corporation.
------Attribution of legal rights and duties to a juristic
person other than man is neccessarily a metaphorical pro-
cess. And none the worse for it. No doubt, "Metaphors in
law are to be narrowly watched." Cardoao, J., in Berkey v.
Third Avenue R. Co., 244 N.Y. 84, 94. "But all instruments
of thought should be narrowly watched lest they be abused
and fail in their service to reason." See U.S.v. SCOPHONY
CORP. OF AMERICA, 333 U.S. 795, 68 S.Ct. 855, 1948 U.S."

---

In this Notice by Written Communication the term juristic

means   JONATHAN C. MINER & ALBERTO GONZALES
            a juristic person.

Living, breathing, flesh-and-blood man.  In this Notice by Written Commun-
ication the term "living, breathing, flesh-and-blood man" means the
Secured Party, Keith Odell; Reynolds(c), a sentient, living being, as dis-
tinguished from an artificial legal construct, ens legis, i.e. a juristic
person, created by construct of law.

Non obstante.  In this Notice by Written Communication the term "non ob-
stante" means: Words anciently used in public and private instruments with
the intent of precluding, in advance, any interpretation other than certain
declared objects, purposes.

Secured Party.  In this Notice by Written Communication the term "Secured
Party" means Keith Odell; Reynolds(c), a living, sentient being as distin-
guished from a juristic person created by construct of law.

Sentient, living being.  In this Notice by Written Communication the term
"sentient, living being" means the Secured Party,i.e. Keith Odell; Reynolds
(c), a living, breathing, flesh-and-blood man, as distinguished from an ab-
stract legal construct, such as an artificial entity, juristic person,
corporation, partnership, association, and the like.

---

"There, every man is independent of all laws, except those prescribed by
nature. He is not bound by any institutions formed by his fellowman
without his consent." CRUDEN v. NEALE, 2 N.C. 338(1796)2 S.E. 70.

---

### Additional Provisions

No unenforceable provision of this Notice by Written Communication is se-
vered from this Notice by Written Communication, every remaining provision
continues in full force and effect and this Notice by Written Communication

is deemed modified in a manner that renders this Notice by Written Communication effective and in full force and effect. In all cases Secured Party continues without liability and is held harmless.

Any prior communication, written document, and the like by and between Respondent and Secured Party containing any mistake of Secured Party is invalidated thereby and of no force and effect, and may not be relied upon by Respondent against Secured Party in this matter.

JONATHAN C. MINER & ALBERTO GONZALES consents and agrees that this Notice by Written Communication is a private, consensual contract and may not be impaired by any third party.

   JONATHAN C. MINER & ALBERTO GONZALES consents and agrees in full with all terms, conditions, and provisions as stated above.

With the intent of entering this consensual contract both JONATHAN C. MINER& ALBERTO GONZALES
    as Debtor and Keith Odell; Reynolds as Secured Party do herewith execute this Security Agreement.

Debtor: JONATHAN C.MINER & ALBERTO GONZALES


  JONATHAN C. MINER
 ALBERTO GONZALES
Debtor's Signature's

Secured Party accepts Debtor's signature's in accord with UCC§§ 1-201(39), 3-401.

Secured Party: Keith Odell; Reynolds

*[handwritten] Date: octoter, thirty, two thousand and six*
*[handwritten] Keith Odell Reynolds by Secured Party, attorney In-fact, Auth. Rep.*
Secured Party's Signature

Autograph Common Law Copyright (c) 1975 by Keith Odell; Reynolds(c), EID #227889930. All Rights Reserved. No part of this common-law copyright may be reproduced in any manner without prior, express, written permission from Keith Odell; Reynolds(c) as signified by the signature of Keith Odell; Reynolds(c) in red ink. Unauthorized use of "Keith Odell; Reynolds" incurs same unauthorized-use fees as those associated with KEITH ODELL REYNOLDS(c), as set forth above in Notice by Written Communication/Security Agreement.

This Notice by Written Communication/Security Agreement is non-negotiable. is sent  JONATHAN C. MINER & ALBERTO GONZALES
                  by U.S.P.O.Certified Mail, and constitutes notice of Keith Odell; Reynolds's perfected security interest in all property of KEITH ODELL REYNOLDS(c), secured collateral of Keith Odell; Reynolds(c).

Enclosures:

KEITH REYNOLDS      Keith-Odell: Reynolds Ci, Auth. Rep.
KEITH REYNOLDS, By: Keith-Odell: Reynolds, Auth. Rep.
P.O. BOX 3000, White Deer, PA  17887

## INVOICE

### Verified Statement of Account

### Non Negotiable--Private Between the Parties

ACCOUNT DEBTOR:

JONATHAN C. MINER, Warden
USP-Allenwood
P.O. Box 3000
White Deer, PA 17887

ALBERTO GONZALES
U.S. Attorney
950 Pennsylvania Ave. NW
Washington, D.C. 20530

ACCOUNT CREDITOR:
Keith-Odell: Reynolds
In care of Post Office Box 3000
White Deer
Pennsylvania
Zip Exempt

In accordance with notice and terms contained within that certain private, consenual
contract by and between Account Debtor JONATHAN C. MINER & ALBERTO GONZALES and
Account Creditor Keith-Odell: Reynolds, i.e. "Notice by Written Communication/
Security Agreement" dated October 30 2006, received and executed by JONATHAN C.MINER
& ALBERTO GONZALES on October 30, 2006, respectively, an accounting of unauthorized
use fees incurred by JONATHAN C. MINER & ALBERTO GONZALES, current as of the date
of this Invoice, re JONATHAN C. MINER & ALBERTO GONZALES'S use of Account Creditor's
private common-law copyrighted property, is set forth as follows:

| Principal Amount | Unauthorized Use Locator | Occurences of Use | Extended Amount |
|---|---|---|---|
| $500,000.00 | Written communication dated October 30,2006, signed by JONATHAN C. MINER & ALBERTO GONZALES | 3 | $3,000,000.00 |

Grand Total: $3,000,000.00

The total amount of this Invoice is Three Million United States Dollars ($3,000,000.00).
This amount is now due and owing. Payment in full is herewith demanded. Remit to:

KEITH REYNOLDS , By: Keith-Odell: Reynolds, Auth.Rep.
In care of Post Office Box 3000
White Deer, PA  17887

This Invoice is dated October Thirieth Two Thousand and Six

The Undersigned, Keith-Odell: Reynolds, does herewith aver, declare, and affirm that
the Undersigned has examined this Invoice and any accompanying  schedules, statements,
and documents and that, in accordance with the best of the Undersigned's knowledge
and belief, this statement of account is true, correct, and complete. This declaration
of Keith Odell: Reynolds is based on all information of which Keith-Odell: Reynolds
has any knowledge.

Invoice                                    1

Footnote 6/

Exhibit F

A Declaration and Treaty of Peace To

The World of Keith-Odell; Reynolds  El

A Declaration and Treaty of Peace to the World
of: Keith-Odell;Reynolds©El, an
Indigenous lawful de jure Sovereign Free National Moorish American

| | | |
|---|---|---|
| Union County | ) | NOTICE TO AGENT IS NOTICE TO PRINCIPLE |
| | ) ss | NOTICE TO PRINCIPLE IS NOTICE TO AGENT |
| Pennsylvania Republic | ) | |
| | ) | Treaty #120857-KOD |

## ARTICLE 1
### Parties, Capacity and Definitions

1. **Sovereign.** I exist as a sovereign being. My authority for this contract is the age-old, timeless, and universal respect for the intrinsic power, property, and responsibilities of the sovereign being. I choose to comply with the principles of mutual respect which serve to bring harmony to society. I have sovereign immunity and therefore, my power to contract is unlimited unless I infringe on the rights of others.

2. **Sovereign Nation.** I operate through a genetic entity, named Keith-Odell;Reynolds El made in my own image, which I gave life and power to. I act in the capacity of a foreign nation without subjects who rules autonomously and am not subject to any entity or jurisdiction anywhere. I am a Creditor, hereinafter "Creditor", of the Respondents listed below and am exempt from levy from any entity.

3. **Sovereign Person.** I use an artificial entity called a trust, entitled **KEITH ODELL REYNOLDS**, an image of **Keith-Odell;Reynolds©El**, to conduct comercial business and to interface with other legal fictions in regard to contracts, transactions, negotiations and judgements.

**Respondents - Persons:** are artificial entities created by spiritual beings for the purpose of participating in commerce.

4. The following are legal persons and artificial entities called private corporations: **UNITED NATIONS** and its sub-corporations, **UNITED STATES** and its sub-corporations including the State of Pennsylvania and the other 49 **STATES** and all their **COUNTIES, MUNICIPALITIES** and other sub-corporations. **INTERNATIONAL MONETARY FUND, FEDERAL RESERVE BANK** and all other registered corporations on planet earth.

**Respondents - Natural Persons:** Spiritual beings who have agreed to relinquish their power and authority to an artificial entity of their own creation which they now must obey.

The following natural persons are public citizens, contracted under private corporate policy and employed as agents for the principles of their repective private corporations: John W. Snow, d.b.a. Governor for the International Monetary Fund, d.b.a Governor of the Federal Reserve Bank, Charles O. Rosotti, Internal Revenue Service, IRS, Kofi Annan, d.b.a. Secretary General of the United Nations. George W. Bush, d.b.a. President of the United States, Norman Minetta, d.b.a. Secretary of Transportation of the United States, Condoleeza Rice, d.b.a. US Secretary of State, Michael Chertoff, Director of Homeland Security United States. Edward Rendell, Governor of the State of Pennsylvania, Brenda K. Mitchell or current officeholder, d.b.a. Secretary of State of Pennsylvania or current officeholder and all agents thereof.

DECLARATION AND TREATY OF PEACE TO THE WORLD -1

## ARTICLE II
### History

1. **Suspension of the Government of the united states of America.** On December 20, 1860, the congressmen of the southern States of America walked out of Congress in session because they did not agree with the policies the northern States had forced on them. This action caused a State of Emergency which suspended the Republic of the united States of America and therefore suspended the constitution and its government. Over 140 years since that time America has been without a goverment, however, through contract the republic was replaced by foreign operated private corporation called UNITED STATES.

2. **Invasion of America.** On February 21, 1871, an elite group of private bankers created a private corporation in England, entitled DISTRICT OF COLUMBIA and copyrighted the name UNITED STATES, hereinafter "US". The goal of the foreign corporation being, to invade America and gradually change its policies to better control the commerce of the land. The US, subtly and efficiently, replace the republic called united States of America in its functions and duties. In the beginning the jurisdiction of the US extended only to the ten miles square of the area of Washington D.C. plus the territories that the US had purchased, however the US eventually took control of the 50 State republics by creating a corporation for each State named "STATE OF ..." plus the corresponding State's name.

3. **Attack on America.** On October 6, 1917, the UNITED STATES passed a corporate policy called the Trading With the Enemy Act. In Section 2, sub-section (c) of the act it defines the enemy as "other than the citizens of the United States". The American people were sovereign which makes them "foreign governments" to the UNITED STATES and therefore, the sovereigns unknowingly became enemies of the State. On March 3, 1933, the Trading With the Enemy Act was then amended in order to confiscate gold from the US citizens (not the American Sovereign) who were reimbursed with "emergency money", issued by a private corporation known as the Federal Reserve Bank. A dollar of gold was exchanged for a dollar of debt owed to the Federal Reserve Bank plus interest (Income Tax). BASICALLY ALL AMERICANS LOST TWO DOLLARS IN THE EXCHANGE.

4. **History of Current Contract.** On March 9, 1933, due to impending bankruptcy, the UNITED STATES made a "New Deal" with the US citizens ( not the American Sovereigns) entitled, Senate Document No. 43, 73rd Congress, 1st session, herein "contract". The contract stated, "It (Federal Reserve Notes, Bills and Bonds, etc.) will represent a mortgage on all the homes and other property of all the people in the Nation". As a result, title of all property was turned over to the State as evidenced by the statement in the contract. "The ownership of all property is in the State". In order to account for the monetary increases gained by the use of the people's own names, however spelled in all capital letters. For example, Keith Reynolds the man would have a person entitled KEITH REYNOLDS name after him.

5. **Offer and Acceptance of Contract.** In 1933, the private foreign operated corporation called UNITED STATES made an offer to contract with my great grandfather, an American Sovereign, hereinafter "Principle". The US citizens was in heavy debt to the Federal Reserve Bank so the US passed a law that required all US citizens to turn in their gold. The principle, being sovereign, did not have to comply with this private corporate policy, however he wanted to help the US get out of debt, so he accepted the offer to contract and loaned the US his gold, property, and production for the remainder of his life, The contract has continued through the life of my grandfather,

my father and now with me for a total of 71 years with the **UNITED STATES** acting as fiduciary heir and thereby receiving the benefit of my family's property, production and exemption pursuant to the contract.

6. **Discharge of Public Debt.** On June 5, 1933, part of the contract, entitled House Joint Resolution 192, stipulated that since the **UNITED STATES** removed the gold and substance required to "pay" off debt, they then had to state that "any obligation which purports to give the obligee the right to require payment.... in an amount in money of the **UNITED STATES** measured thereby, is declared to be against public policy". This essentially was an insurance policy that protected legislators from conviction for fraud and treason against the American people for taking away their property. It also protected the American people from damages caused by this unconventional action of the **UNITED STATES.**

7. **Increasing the National Debt.** Since the U.S. Secretary of Treasury was the delegated Trustee of the bankruptcy, it was his duty to discharge all public debt that the creditor of the bankruptcy would be charged with (pursuant to the copyrighted U.S. Rules of Bankruptcy). As creditors, the Principle and his sucessor heirs should have accepted every charge of debt they were offered by the Respondents, then sign and remit the discharge to the Trustee for settlement of their account with the corporate US as debtor. However, the priciples as creditors mistakenly have been attempting to pay debts with debt instruments, entitled Federal Reserve Notes, inadvertently **DOUBLING** the debt instead of **CANCELLING** it, thus increasing the national debt.

8. **Creation of Person.** On or about December 8, 1957, The **UNITED STATES** under contract with the creditor of the bankruptcy, and through my existence and authority, created an artificial entity called a trust entitled KEITH ODELL REYNOLDS, hereafter "Person". The application for the birth certificate for that person, herein "title", created by the state when Keith-Odell;Reynolds©El was born, was the instrument through which the person was created. The title was then registered in the commercial registry through a constructive contract created by the state.

9. **Acknowledgement to Fiduciary Heir.** Since the contract of March 9, 1933, the fiduciary heirs have skillfully turned the insolvent **UNITED STATES** corporation and its subcorporations into solvent entities, as evidenced by the Comprehensive Annual Financial Reports and combined budget reports showing assets in excess of 70 trillion US dollars. Repository Trust accounts in acces of 30 trillion dollars, and large denomination repuchase agreements (redemption accounts) in M3 money. This is an incredible accomplishment and the fiduciary heir  and their agents are thanked for their service and are highly commended for this great achievement.

## ARTICLE III
### Declarations and Claims

1. **Secured Claim.** On August 12,2002, and August 8, 2003, I, Keith-Odell;Reynolds©El, filed a UCC-1 Financing Statement which included the Security Agreement between the trust, entitled KEITH ODELL REYNOLDS,  as the **DEBTOR**, and Keith-Odell;Reynolds©El. This claim is undisputed and therefore stands by fiat that Keith-Odell;Reynolds El, hereinafter "Creditor", is Holder In Due Course and creditor of record of KEITH ODELL REYNOLDS.

2. **Redemption.** I hereby claim my exemption and inheritance of right from my fiduciary heir, within the **UNITED STATES** corporation and initially claim $100,000,000.00 (One Hundred Million Dollars) to be returned to me by the fiduciary heir over an undetermined period of time at my discretion. This claim acts as the reacquisition of the security that the Priciple issued and now I, as his heir, hereby accept pursuant to the terms of this provision.

DECLARATION AND TREATY OF PEACE TO THE WORLD -3

3. **Sovereign immunity.** All corporate, state, national and international "constitiutions", laws, statutes, ordinances, regulations, rules, codes, orders, proclamations, corporate policy and public policy" are private copyrighted material. I do not possess a license nor have authority to use such copyrighted material, and conversely, such material or any other material or entity has no authority over Creditor's property or personal affairs and is herein Accepted For Value whenever Respondents attempt to enforce it on Creditor. Creditor will consider the above private corporate policy when dealing with U.S. and other national citizens for the purpose of maintaining harmony in society. Creditor's immunity as a sovereign is absolute and the terms and conditions of this contract are enforceable and stand regardless of any condition in the future including State of Emergency, Marital Law, Declaration of War and all other conditions.

4. **In Itinere Status:** I hereby declare my in itinere status as a foreign sovereign according to the priciples of law as stated by the Hague Convention of October 5, 1961, witnessed by the seal from a Notary Public from the State of Pennsylvania.

5. **Acceptance of Contracts.** All contracts i.e., adhesion, constructive, gratuitous, onerous, quasi, and other applications for license, permits, general benefits, and specific benefits listed assumed or presumed in the Individual Master File maintained by the Internal Revenue Service, IRS or any other agency or quasi· agency of the UNITED STATES and United Nations, and all other invisable contracts have NOT been made with the Creditor, but with the Person created by the state. I, as Keith-Odell;Reynolds-El, hereby Accept For Value all public contracts, presentments and other agreements with qualified acceptance each and every time a public employee or officer of any rank presents an offer to contract with the Person or with the Creditor as the presumed surety for the Person, from this day foward.

6. **Foreign Currency.** The respondents have been using the credit of the Creditor up to this point in time as security for Federal Reserve Notes, Treasury Bills, Notes and Bonds. From this point forward, Creditor, as a foreign nation, has full authority to authorize use of his own credit for discharge of public debts by using any instrument of choice that serves to sufficiently communicate such transaction intent to the party receving said credit, and acts as a private contract between the parties, thereby excluding any and all third party entities which include the UNITED STATES, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND and all agents thereof that may attempt to impede commerce of Creditor . I hereby accept the responsibility for increasing the national debt of the UNITED STATES and will henceforth correct the inappropriate actions made by the Principle, his successor heirs, and myself by accepting and remitting any further debt obligations for settlement and setoff to the particular Respondent making the offer as an agent of the US Secretary of Treasury.

7. **Unlimited Liability.** Consitent with the eternal principle of ultimate acceptance, Creditor hereby accepts full responsibility for creating everything in his world, constructive and destructive, and if another's rights are violated, Creditor alone will put the injured party back to a position as good as they were before the incident.

8. **Copyright and Licensing.** Notice is hereby given that the names Keith-Odell:Reynolds-El and KEITH ODELL REYNOLDS, and all of the laws issued in this private treaty are copyrighted property, and Respondents must have permission from Creditor to use this material by obtaining a copyright license from Creditor. Necessary licensing includes the use of Creditor's names for the purposes of exemption, deduction, and as security for printing Federal Reserve Notes and all other instruments. Since all Respondents are foreign corporations and agents to the land called America, they are also required to obtain a business license from Creditor to operate in commerce.

9. **Notice of Non-consent.** Notice is hereby given that Creditor, as a foreign nation, does not consent to Respondents, as persons and private corporations, judging him on any matter in any instance, at any location, at any time now or in the future, Creditor does not subordinate his position of record as Creditor over the Respondents as Debtors.

10. **Declaration of Peace.** In October of 2001, the U.S. Senate and House Passed a Public Policy called "The Uniting and Strengthening of America Act". I hereby accept this act as an offer of peace from the **UNITED STATES** and Respondents to the American Sovereigns and myself with a qualified acceptance that it is to be used to defend American Sovereigns from terrorism foreign and domestic.

### ARTICLE IV
### Delegation of Duties

1. **Delegaton of Fiduciary Duty.** Unless otherwise expressed by Creditor, the Pennsylvania Secretary of State, Brenda K. Mitchell, and successor office holders, are hereby delagated as the Fiduciary of the trust known as KEITH ODELL REYNOLDS Pursuant to the 1933 contract. "The ownership of all property is in the State: individual so-called ownership is only by virtue of Government, i.e. law amounting to mere user". Since the State has claimed ownership of all property, the Delegated Fiduciary will henceforth be responsible for the property that is held for the Creditor. Responsibilities include the paying of all preperty taxes for land and personal property, paying for maintenance, insurance, permits, licensing and registration fees for vehicles and all property, and the payment of all fines for civil and criminal charges the Person or Creditor may be charged with. Creditor will use the property as "mere user" for any and every purpose of his choice, for an unlimited period of time without hindrance from any entity.

2. **Delegation of Surety Duty.** Creditor hereby delegates the U.S. Secretary of Treasury, John W. Snow, and successor office holders, as the Surety of the exempt private trust known as **KEITH** ODELL REYNOLDS and the property, repository accounts and securing annuity therein claimed by the Creditor. The Surety will perform monetary transfers whenever requested by the Creditor and will honor any instrument that the Creditor wishes to use long as it communicates the appropriate information to do the transaction for discharge of all debt public and private. As officer over the Internal Revenue Service, IRS, the Surety is also charged with the duty of collecting taxes for Creditor from the Respondents as Debtors.

3. **Delegation of Security Duty.** Creditor hereby delegates the U.S. Director of Homeland Security Michael Chertoff, successor office holders, as the officer in charge and the U.S. Secret Service for defending the Creditor as a visiting head of a foreign government, and to protect all the possessions and property of the Creditor as well as the Person against all acts to detect and arrest persons committing any offense against the laws of this Treaty relating to drafts, obligations, and securities of the Creditor as a foreign government.

4. **Delegation of Peace Keeping Duty.** Creditor hereby delegates Kofi Annan, d.b.a. Secretary General of the United Nations and successor office holders, as the officer in charge of preventing war, providing justice by the principle of Tacit Law, and promoting welfare and human rights of all peoples.

5. **Delegation of Power of Attorney.** Creditor hereby delegates Alberto R. Gonzales d.b.a. Attorney General of United States, and                           , d.b.a. Attorney General of the State of Pennsylvania and successor office holders, as the chief law officers of the Creditor, being created by contracts, whose office is to represent the trust, entitled KEITH ODELL REYNOLDS, exhibit information, and prosecute for the Creditor in matters criminal, and the file bills in the Treasury in any matter concerning the Creditor's revenue.

DECLARATION AND TREATY OF PEACE TO THE WORLD -5

**ARTICLE V**
Terms and Conditions

1. **Oath of Office.** An Oath of Office must be taken by each of the above named Respondents -Natural-Person to uphold this contract and the agreements therein to the best of their ability and must swear to protect and serve it from enemies foreign and domestic. Assent to this contract is deemed that the Respondents have taken the oath.

2. **Violations and Sanctions.** Herein are the penalties for violations of the contract that Respondents and their agents have assented to and agree to compensate Creditor for in the event a violation occurs;

   A. $10,000,000.00 (Ten Million Dollars) per person involved for each instance of arrest and incarceration conducted by Respondents or their agents and the same amount each day thereafter until released;

   B. $1,000,000.00 (One Million Dollars) per person for each instance of impeding Creditor's commerce in anyway whatsoever or triple damages, whatever is greater;

   C. $1000,000.00 (One Million Dollars) per person for each instance of arrest, search and seizure, damage of Creditor's property, court order, warrant, or charge issued by Respondents;

   D. $1,000,000.00 (One Million Dollars) per person for each instance of harassment, threat or any act of terrorism or war from any one the Respondents or their agents.

   E. $1,000,000.00 (One Million Dollars) per person for each instance of unauthorized deduction against Creditor's tax exempt status.

1. **Arbitration of Violation.** All violations of this contract will be settled through private administrative process by both parties involved. In the event the offender(s) assent to all charges, a panel of three (3) disinterested parties under the determination of an International Tribune, will act as the judicial process to issue final judgement according to the principles of Tacit Law. The judgement will then be recorded and perfected as a claim and executed under involuntary bankruptcy in the offender's private capacity. The judgement will also act as a confession by the offenders, and the Attorney General of the state in which the violation occured will be notified of the decision so that Respondents shall prosecute the offenders criminally as required by the applicable copyright corporate plicy that Respondents have sworn to uphold.

2. **Caveat.** In the absence of a clear written contract between us, my affidavit will result in a clear understanding and meeting of the minds of the parties clearly identified. Your failure to properly and timely respond is your agreement with the statements and averments I have made herein. This affidavit stands as truth in commerce unless properly rebutted within thirty (30) days of your receipt of this affidavit. Your response must be made by affidavit with a notarized signature, rebutting my affidavit point by point with documentation to support your statements, and must note it is "true, correct, and complete, and not meant to mislead," and forward as original to the Notary Public, as a third party public official witness, c/o Jamie Lee Morrison, Notary Public, Gregg Twp., Union County, Pa. USP-Allenwood, P.O. Box 3000, White Deer, Pa., 17887.

It has been said, so it is done.  Signed and Sealed this _____ day of _____ 2006 C.E.

As Good As Aval - *Keith-Odell; Reynolds°El*
Keith-Odell;Reynolds°El

```
)
)ss        ACKNOWLEDGEMENT
)
```

As a Notary Public for said County and State, I do hereby certify that on this ʂ̲ day of _October_ 2006, the above mentioned appeared before me and executed the foregoing. Witness my hand and seal:

*Jamie Lee Morrison*

> NOTARIAL SEAL
> Jamie Lee Morrison, Notary Public
> Gregg Twp., Union County
> My commission expires September 28, 2008

**OR**

**Witness:**                      Place Seal

**Witness:**

DECLARATION AND TREATY OF PEACE TO THE WORLD -7

# CERTIFICATE OF SERVICE

I, KEITH REYNOLDS, Reg. No. 04135-000, By: Keith-Allen; Reynolds; © Auth. Rep. _x. Ten-a000; In profit © Auth. Rep., By: Keith-Allen; Reynolds; © Auth. Rep._, hereby certify that I have served a true and correct copy of the foregoing: WRIT UNDER 28 USC § 2254 to.

Clerk of Court
U.S. District Court
middle District of
Pennsylvania
P.O. Box 1148
Scranton, PA 18501

Thomas A. Marino
U.S. Attorney
311 Federal Building
335 North Washington Ave.
Scranton, PA 18501

Pedro A. Cortés
Secretary of The
Commonwealth
One Penn Center
2601 North 3rd Street
Harrisburg, PA 17110

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this ___30___ day of __october__, 2006

Respectfully Submitted,

KEITH REYNOLDS

REG. NO. 04135-000

By: Keith-Allen; Reynolds; ©
Authorized Representative
Secured Party Creditor,

By: Keith-Allen; Reynolds; © of
Authorized Representative
Secured Party Creditor

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner
must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served
in the future under a federal judgment which he wishes to attack, he should file a motion under 28
U.S.C. § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions–Read Carefully*

(1)  This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false
statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered
concisely in the proper space on the form.

(2)  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No
citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a
separate memorandum.

(3)  Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4)  If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this
type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AC240 or any
other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to
proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the
amount of money and securities on deposit to your credit in any account in the institution. If your personal account
exceeds $_____, you must pay the filing fee as required by the rules of the district court.

(5)  Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by
different courts either in the same state or in different states, you must file separate petitions as to each court.

(6)  Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for
relief in the petition you file seeking relief from any judgment of conviction.

(7)  When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States
District Court whose address is

(8)  Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.



KEITH REYNOLDS,
Reg. No. 04185-000
USP - Allenwood
P.O. Box 3000
White Deer, PA 17887

HARRISBURG PA 17

OCT 31  2006

PENITENTIARY

Clerk of Court
U.S. District Court for the
Middle Dist. of Pennsylvania
P.O. Box 1148
Scranton, PA  18501-1148

Special Legal Mail

AO 240  (Rev. 6/86)  Application to Proceed

# United States District Court

_____ MIDDLE _____ DISTRICT OF _ PENNSYLVANIA _

KEITH REYNOLDS  ens  legis, LLC

v.

JONATHAN C. MINER, WARDEN

ALBERTO GONZALES,

U.S. ATTORNEY GENERAL

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER:

I, _ KEITH REYNOLDS  ens  legis, LLC _, declare that I am the *(check appropriate box)*

☑ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                         *other*

in the above-entitled proceeding; that, in support of my request to proceed without being
required to prepay fees, cost or give security therefor, I state that because of my poverty, I
am unable to pay the costs of said proceeding or give security therefor; that I believe I am
entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend
to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes ☐    No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and
      give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the
      salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the follow-
   ing sources?
   a. Business, profession or other form of self-employment    Yes ☐    No ☑
   b. Rent payments, interest or dividends?                     Yes ☐    No ☑
   c. Pensions, annuities or life insurance payments?           Yes ☐    No ☑
   d. Gifts or inheritances?                                    Yes ☐    No ☑
   e. Any other sources?                                        Yes ☐    No ☑

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☑    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/23/06
              (Date)

KEITH REYNOLDS ens legis LLC
By: Keith-oPOO. Reynold Ef, Auth. Rep.
                    Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ o15
on account to his credit at the __USP Allenwood__
institution where he is confined. I further certify that the applicant likewise has the following securities to
his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 12.94

                    Authorized Officer of Institution
USP Allenwood                               10/27/06

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____    _____ <br> United States Judge          Date | _____    _____ <br> United States Judge          Date <br> or Magistrate |

# Inmate Account Inquiry

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Register Number: | 04135000 | | Inmate Name: | REYNOLDS, KEITH | | |
| | | | Facility: | Allenwood USP | Housing Unit: | IV |
| | | | | | Living Quarters: | D04-213U |

| Commissary History | Transaction History | Commissary Restrictions | Comments |
|---|---|---|---|
| | | | General Information |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.15 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.15 |

| | |
|---|---|
| National 6 Months Deposits: | $283.09 |
| National 6 Months Withdrawals: | $301.91 |
| National 6 Months Avg Daily Balance: | $12.94 |
| Local Max. Balance - Prev. 30 Days: | $57.25 |
| Average Balance - Prev. 30 Days: | $17.86 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

Close

Date: 10/27/2006
Time: 2:06:18 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALP

**General Information**

| | |
|---|---|
| Inmate Reg#: | 04135000 |
| Inmate Name: | REYNOLDS, KEITH |
| Current Site Name: | Allenwood USP |
| Housing Unit: | IV |

| | |
|---|---|
| Living Quarters: | D04-213U |
| Arrived From: | LEW |
| Transferred To: | ALX |
| Account Creation Date: | 1/31/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | 04/01/2006 06:57:56 AM | ITS0401 | | | Phone Withdrawal | ($2.00) | | $58.92 |
| ALP | 04/07/2006 09:54:14 AM | 24 | | | Sales | ($42.50) | | $16.42 |
| ALP | 04/07/2006 05:18:26 PM | ITS0407 | | | Phone Withdrawal | ($2.00) | | $14.42 |
| ALP | 04/07/2006 07:38:02 PM | ITS0407 | | | Phone Withdrawal | ($2.00) | | $12.42 |
| ALP | 04/09/2006 06:40:04 PM | ITS0409 | | | Phone Withdrawal | ($2.00) | | $10.42 |
| ALP | 04/10/2006 05:35:14 PM | ITS0410 | | | Phone Withdrawal | ($2.00) | | $8.42 |
| ALP | 04/11/2006 05:30:39 PM | ITS0411 | | | Phone Withdrawal | ($2.00) | | $6.42 |
| ALP | 04/11/2006 06:42:22 PM | ITS0411 | | | Phone Withdrawal | ($2.00) | | $4.42 |
| ALP | 04/12/2006 06:18:48 PM | ITS0412 | | | Phone Withdrawal | ($2.00) | | $2.42 |
| ALP | 04/15/2006 05:12:08 AM | 701557/01 | | | Lockbox - CD | $20.00 | | $22.42 |
| ALP | 04/15/2006 10:53:34 AM | ITS0415 | | | Phone Withdrawal | ($2.00) | | $20.42 |
| ALP | 04/15/2006 05:42:20 PM | ITS0415 | | | Phone Withdrawal | ($2.00) | | $18.42 |
| ALP | 04/17/2006 07:33:47 PM | ITS0417 | | | Phone Withdrawal | ($2.00) | | $16.42 |
| ALP | 04/18/2006 06:10:06 PM | 33314306 | | | Western Union | $15.00 | | $31.42 |
| ALP | 04/18/2006 08:53:27 PM | ITS0418 | | | Phone Withdrawal | ($2.00) | | $29.42 |
| ALP | 04/19/2006 01:52:18 PM | 10 | | | Sales | ($4.45) | | $24.97 |
| ALP | 04/20/2006 08:19:37 PM | ITS0420 | | | Phone Withdrawal | ($2.00) | | $22.97 |
| ALP | 04/21/2006 05:25:42 PM | ITS0421 | | | Phone Withdrawal | ($2.00) | | $20.97 |
| ALP | 04/22/2006 11:19:20 AM | ITS0422 | | | Phone Withdrawal | ($2.00) | | $18.97 |
| ALP | 04/27/2006 05:41:38 PM | ITS0427 | | | Phone Withdrawal | ($2.00) | | $16.97 |
| ALP | 04/27/2006 05:49:15 PM | ITS0427 | | | Phone Withdrawal | ($2.00) | | $14.97 |
| ALP | 04/29/2006 07:54:20 PM | ITS0429 | | | Phone Withdrawal | ($2.00) | | $12.97 |
| ALP | 04/29/2006 08:10:57 PM | ITS0429 | | | Phone Withdrawal | ($2.00) | | $10.97 |
| ALP | 04/30/2006 07:46:01 PM | ITS0430 | | | Phone Withdrawal | ($3.00) | | $7.97 |
| ALP | 05/01/2006 08:28:55 PM | ITS0501 | | | Phone Withdrawal | ($1.00) | | $6.97 |
| ALP | 05/03/2006 05:56:18 PM | ITS0503 | | | Phone Withdrawal | ($2.00) | | $4.97 |
| ALP | 05/04/2006 05:18:52 PM | ITS0504 | | | Phone Withdrawal | ($2.00) | | $2.97 |
| ALP | 05/04/2006 06:24:49 PM | ITS0504 | | | Phone Withdrawal | ($2.00) | | $0.97 |
| ALP | 05/05/2006 02:35:03 PM | FIPP0406 | | | Payroll - IPP | $5.76 | | $6.73 |
| ALP | 05/05/2006 06:07:23 PM | ITS0505 | | | Phone Withdrawal | ($2.00) | | $4.73 |

Date: 10/27/2006
Time: 2:06:19 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALP

**General Information**

| | |
|---|---|
| Inmate Reg#: | 04135000 |
| Inmate Name: | REYNOLDS, KEITH |
| Current Site Name: | Allenwood USP |
| Housing Unit: | IV |

| | |
|---|---|
| Living Quarters: | D04-213U |
| Arrived From: | LEW |
| Transferred To: | ALX |
| Account Creation Date: | 1/31/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | 05/06/2006 08:10:41 PM | ITS0506 | | | Phone Withdrawal | ($2.00) | | $2.73 |
| ALP | 05/07/2006 03:14:25 PM | ITS0507 | | | Phone Withdrawal | ($2.00) | | $0.73 |
| ALP | 06/06/2006 11:41:17 AM | 1062-C | | | Legal Fees | $5.00 | | $5.73 |
| ALP | 06/09/2006 02:43:16 PM | FIPP0506 | | | Payroll - IPP | $46.28 | | $52.01 |
| ALP | 06/09/2006 07:39:12 PM | ITS0609 | | | Phone Withdrawal | ($2.00) | | $50.01 |
| ALP | 06/10/2006 06:34:21 AM | ITS0610 | | | Phone Withdrawal | ($2.00) | | $48.01 |
| ALP | 06/12/2006 08:41:41 AM | ITS0612 | | | Phone Withdrawal | ($2.00) | | $46.01 |
| ALP | 06/14/2006 01:45:13 PM | 77 | | | Sales | ($16.45) | | $29.56 |
| ALP | 06/14/2006 01:46:28 PM | 78 | | | Sales | ($2.00) | | $27.56 |
| ALP | 06/14/2006 05:09:32 PM | ITS0614 | | | Phone Withdrawal | ($2.00) | | $25.56 |
| ALP | 06/17/2006 12:21:18 PM | ITS0617 | | | Phone Withdrawal | ($2.00) | | $23.56 |
| ALP | 06/20/2006 07:14:07 PM | 33318806 | | | Western Union | $15.00 | | $38.56 |
| ALP | 06/21/2006 08:17:16 PM | ITS0621 | | | Phone Withdrawal | ($2.00) | | $36.56 |
| ALP | 06/21/2006 08:29:12 PM | ITS0621 | | | Phone Withdrawal | ($2.00) | | $34.56 |
| ALP | 06/22/2006 12:11:07 PM | 68 | | | Sales | ($21.65) | | $12.91 |
| ALP | 06/22/2006 05:46:14 PM | ITS0622 | | | Phone Withdrawal | ($2.00) | | $10.91 |
| ALP | 06/25/2006 05:18:52 PM | ITS0625 | | | Phone Withdrawal | ($2.00) | | $8.91 |
| ALP | 06/25/2006 05:29:28 PM | ITS0625 | | | Phone Withdrawal | ($2.00) | | $6.91 |
| ALP | 06/26/2006 07:24:49 PM | ITS0626 | | | Phone Withdrawal | ($2.00) | | $4.91 |
| ALP | 06/28/2006 08:21:51 PM | ITS0628 | | | Phone Withdrawal | ($2.00) | | $2.91 |
| ALP | 06/30/2006 04:57:27 PM | ITS0630 | | | Phone Withdrawal | ($2.00) | | $0.91 |
| ALP | 07/07/2006 02:41:50 PM | FIPP0606 | | | Payroll - IPP | $40.80 | | $41.71 |
| ALP | 07/07/2006 06:00:47 PM | ITS0707 | | | Phone Withdrawal | ($2.00) | | $39.71 |
| ALP | 07/07/2006 06:12:34 PM | ITS0707 | | | Phone Withdrawal | ($2.00) | | $37.71 |
| ALP | 07/09/2006 09:57:10 AM | ITS0709 | | | Phone Withdrawal | ($2.00) | | $35.71 |
| ALP | 07/10/2006 08:12:39 PM | ITS0710 | | | Phone Withdrawal | ($2.00) | | $33.71 |
| ALP | 07/12/2006 05:22:59 PM | ITS0712 | | | Phone Withdrawal | ($2.00) | | $31.71 |
| ALP | 07/12/2006 07:56:27 PM | ITS0712 | | | Phone Withdrawal | ($2.00) | | $29.71 |
| ALP | 07/14/2006 05:20:00 PM | ITS0714 | | | Phone Withdrawal | ($1.00) | | $28.71 |
| ALP | 07/14/2006 05:34:33 PM | ITS0714 | | | Phone Withdrawal | ($2.00) | | $26.71 |

Date: 10/27/2006
Time: 2:06:20 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALP

**General Information**

| | |
|---|---|
| Inmate Reg#: | 04135000 |
| Inmate Name: | REYNOLDS, KEITH |
| Current Site Name: | Allenwood USP |
| Housing Unit: | IV |

| | |
|---|---|
| Living Quarters: | D04-213U |
| Arrived From: | LEW |
| Transferred To: | ALX |
| Account Creation Date: | 1/31/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | 07/17/2006 05:28:23 PM | ITS0717 | | | Phone Withdrawal | ($1.00) | | $25.71 |
| ALP | 07/18/2006 07:51:16 PM | ITS0718 | | | Phone Withdrawal | ($2.00) | | $23.71 |
| ALP | 07/21/2006 05:40:25 PM | ITS0721 | | | Phone Withdrawal | ($2.00) | | $21.71 |
| ALP | 07/21/2006 09:16:18 PM | ITS0721 | | | Phone Withdrawal | ($2.00) | | $19.71 |
| ALP | 07/22/2006 10:39:07 AM | ITS0722 | | | Phone Withdrawal | ($1.00) | | $18.71 |
| ALP | 07/23/2006 05:13:11 PM | ITS0723 | | | Phone Withdrawal | ($1.00) | | $17.71 |
| ALP | 07/24/2006 05:04:53 PM | ITS0724 | | | Phone Withdrawal | ($2.00) | | $15.71 |
| ALP | 07/26/2006 05:18:03 PM | ITS0726 | | | Phone Withdrawal | ($1.00) | | $14.71 |
| ALP | 07/27/2006 05:05:32 PM | ITS0727 | | | Phone Withdrawal | ($2.00) | | $12.71 |
| ALP | 07/28/2006 08:06:06 PM | ITS0728 | | | Phone Withdrawal | ($2.00) | | $10.71 |
| ALP | 07/30/2006 10:54:54 AM | ITS0730 | | | Phone Withdrawal | ($2.00) | | $8.71 |
| ALP | 08/01/2006 06:00:38 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $6.71 |
| ALP | 08/01/2006 09:34:58 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $4.71 |
| ALP | 08/03/2006 05:41:36 PM | ITS0803 | | | Phone Withdrawal | ($2.00) | | $2.71 |
| ALP | 08/03/2006 07:49:21 PM | ITS0803 | | | Phone Withdrawal | ($2.00) | | $0.71 |
| ALP | 08/04/2006 07:08:10 AM | FIPP0706 | | | Payroll - IPP | $53.55 | | $54.26 |
| ALP | 08/06/2006 12:05:06 PM | ITS0806 | | | Phone Withdrawal | ($2.00) | | $52.26 |
| ALP | 08/06/2006 12:11:31 PM | ITS0806 | | | Phone Withdrawal | ($2.00) | | $50.26 |
| ALP | 08/07/2006 05:21:48 PM | ITS0807 | | | Phone Withdrawal | ($3.00) | | $47.26 |
| ALP | 08/08/2006 08:46:46 PM | ITS0808 | | | Phone Withdrawal | ($2.00) | | $45.26 |
| ALP | 08/09/2006 10:12:25 AM | 30 | | | Sales | ($27.95) | | $17.31 |
| ALP | 08/09/2006 08:59:58 PM | ITS0809 | | | Phone Withdrawal | ($2.00) | | $15.31 |
| ALP | 08/11/2006 05:07:31 PM | ITS0811 | | | Phone Withdrawal | ($1.00) | | $14.31 |
| ALP | 08/12/2006 12:18:21 PM | ITS0812 | | | Phone Withdrawal | ($2.00) | | $12.31 |
| ALP | 08/13/2006 03:49:10 PM | ITS0813 | | | Phone Withdrawal | ($2.00) | | $10.31 |
| ALP | 08/13/2006 05:47:52 PM | ITS0813 | | | Phone Withdrawal | ($2.00) | | $8.31 |
| ALP | 08/17/2006 07:38:59 PM | ITS0817 | | | Phone Withdrawal | ($2.00) | | $6.31 |
| ALP | 08/20/2006 10:59:19 AM | ITS0820 | | | Phone Withdrawal | ($2.00) | | $4.31 |
| ALP | 08/29/2006 05:10:52 PM | ITS0829 | | | Phone Withdrawal | ($1.00) | | $3.31 |
| ALP | 08/29/2006 08:12:09 PM | ITS0829 | | | Phone Withdrawal | ($1.00) | | $2.31 |

Date: 10/27/2006
Time: 2:06:20 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALP

**General Information**

| | |
|---|---|
| Inmate Reg#: | 04135000 |
| Inmate Name: | REYNOLDS, KEITH |
| Current Site Name: | Allenwood USP |
| Housing Unit: | IV |

| | |
|---|---|
| Living Quarters: | D04-213U |
| Arrived From: | LEW |
| Transferred To: | ALX |
| Account Creation Date: | 1/31/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | 08/30/2006 08:36:37 PM | ITS0830 | | | Phone Withdrawal | ($1.00) | | $1.31 |
| ALP | 08/31/2006 05:26:02 PM | ITS0831 | | | Phone Withdrawal | ($1.00) | | $0.31 |
| ALP | 09/08/2006 02:59:08 PM | FIPP0806 | | | Payroll - IPP | $40.70 | | $41.01 |
| ALP | 09/08/2006 05:21:30 PM | ITS0908 | | | Phone Withdrawal | ($3.00) | | $38.01 |
| ALP | 09/09/2006 07:06:29 AM | ITS0909 | | | Phone Withdrawal | ($2.00) | | $36.01 |
| ALP | 09/10/2006 01:15:59 PM | ITS0910 | | | Phone Withdrawal | ($2.00) | | $34.01 |
| ALP | 09/10/2006 01:25:08 PM | ITS0910 | | | Phone Withdrawal | ($2.00) | | $32.01 |
| ALP | 09/14/2006 01:57:04 PM | 86 | | | Sales | ($27.92) | | $4.09 |
| ALP | 09/14/2006 05:35:27 PM | ITS0914 | | | Phone Withdrawal | ($2.00) | | $2.09 |
| ALP | 09/14/2006 05:46:38 PM | ITS0914 | | | Phone Withdrawal | ($2.00) | | $0.09 |
| ALP | 09/15/2006 05:14:14 AM | 70166301 | | | Lockbox - CD | $10.00 | | $10.09 |
| ALP | 09/15/2006 06:48:07 PM | ITS0915 | | | Phone Withdrawal | ($2.00) | | $8.09 |
| ALP | 09/15/2006 08:36:16 PM | ITS0915 | | | Phone Withdrawal | ($2.00) | | $6.09 |
| ALP | 09/17/2006 11:37:49 AM | ITS0917 | | | Phone Withdrawal | ($2.00) | | $4.09 |
| ALP | 09/20/2006 07:29:44 PM | ITS0920 | | | Phone Withdrawal | ($2.00) | | $2.09 |
| ALP | 09/21/2006 04:55:18 PM | ITS0921 | | | Phone Withdrawal | ($2.00) | | $0.09 |
| ALP | 10/02/2006 08:25:12 AM | GIPP0906 | | | Payroll - IPP | $51.00 | | $51.09 |
| ALP | 10/02/2006 07:17:26 PM | ITS1002 | | | Phone Withdrawal | ($2.00) | | $49.09 |
| ALP | 10/02/2006 07:28:58 PM | ITS1002 | | | Phone Withdrawal | ($2.00) | | $47.09 |
| ALP | 10/03/2006 03:04:12 PM | ITS2CONV | | | Phone Rev With Rel | $0.16 | | $47.25 |
| ALP | 10/04/2006 03:59:20 AM | TX100406 | | | Transfer - Out to TRUFACS | ($47.25) | | $0.00 |

| Total Transactions: | 111 | | | | Totals: | ($60.92) | $0.00 | |

Page 5

Date: 10/27/2006
Time: 2:06:20 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALP

**General Information**

| | |
|---|---|
| Inmate Reg#: | 04135000 |
| Inmate Name: | REYNOLDS, KEITH |
| Current Site Name: | Allenwood USP |
| Housing Unit: | IV |

| | |
|---|---|
| Living Quarters: | D04-213U |
| Arrived From: | LEW |
| Transferred To: | ALX |
| Account Creation Date: | 1/31/2002 |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Date: 10/27/2006
Time: 2:05:40 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 04135000 | Living Quarters: | D04-213U |
| Inmate Name: | REYNOLDS, KEITH | Arrived From: | ALX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | IV | Account Creation Date: | 1/31/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 10/04/2006 03:59:20 AM | TX100406 | | | Transfer - In from TRUFACS | $47.25 | | $47.25 |
| ALX | 10/06/2006 05:11:57 AM | 70167801 | | | Lockbox - CD | $10.00 | | $57.25 |
| alx | 10/07/2006 06:46:26 AM | TFN1007 | | | Phone Withdrawal | ($7.00) | | $50.25 |
| alx | 10/07/2006 07:31:32 PM | TFN1007 | | | Phone Withdrawal | ($2.00) | | $48.25 |
| alx | 10/08/2006 06:25:48 PM | TFN1008 | | | Phone Withdrawal | ($2.00) | | $46.25 |
| ALX | 10/11/2006 10:24:48 AM | 70167601 | | | Lockbox - CD | $10.00 | | $56.25 |
| ALX | 10/12/2006 02:23:05 PM | 95 | | | Sales | ($51.10) | | $5.15 |
| ALX | 10/13/2006 04:47:05 PM | TFN1013 | | | Phone Withdrawal | ($1.00) | | $4.15 |
| alx | 10/13/2006 08:51:41 PM | TFN1013 | | | Phone Withdrawal | ($1.00) | | $3.15 |
| ALX | 10/20/2006 08:16:16 PM | TFN1020 | | | Phone Withdrawal | ($3.00) | | $0.15 |
| | **Total Transactions:** | **10** | | | **Totals:** | **$0.15** | | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.15 |
| **Totals:** | **$0.15** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.15** |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
SCRANTON, PA    18501

November 3, 2006

Keith Reynolds
04135-000
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Re:    3:06-CV-2160 Reynolds v. Miner, et al

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the court for consideration.

Very truly yours,

MARY E. D'ANDREA, Clerk


By: s/ Corey Wimmer
     Deputy Clerk

[X] Petition For Writ of Habeas Corpus                    [ ] Complaint

[ ] Transfer From Other District                    [ ] Other



ENCLOSED: Notice of Consent regarding Magistrate Referral.

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Reynolds

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS

miner

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

Case: 1:07-cv-00663
Assigned To : Leon, Richard J.
Assign. Date : 3/26/2007
Description: Reynolds v. Minor

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (If not administrative agency review or Privacy Act

| ☑ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☑ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES  ☐ NO |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | ☐ YES  ☐ NO | If yes, please complete related case form. |
|---|---|---|---|

DATE                  SIGNATURE OF ATTORNEY OF RECORD                  3/24/07

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd