UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

SEP 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEITH REYNOLDS
    Petitioner

v.

Civ. No. 07-CV-663(RJL)

JONATHAN C. MINDER, et al.
    Respondents

PETITIONER'S REBUTTAL TO GOVERNMENT'S
MOTION TO DISMISS PETITIONER'S
PETITIONER FOR WRIT OF HABEAS CORPUS

COMES NOW the Third Party Intervenor Keith-Odell;Reynolds©El in behalf of the Petitioner Keith Reynolds©ENS LEGIS, LLC to notice the court that the Third Party Intervenor has accepted for value the United States indictment, judgement and conviction by going to jail and serving the 18 years to life committment...but that was predicated upon proof of claim.

    The United States through its Attorney, the United States Attorney for the District of Columbia, has failed to bring forth proof of claim, has failed to state a claim upon which relief can be granted and has stipulated to the facts as they operate in favor of the Petitioner. For the reasons set forth below, the third party intervenor's petition for a Writ of Habeas Corpus should be granted because in behalf of the Petitioner the third party intervenor has

stated a claim upon which relief can be grantd through 28 U.S.C. §2254.

The default and dishonor of the United States through its attorney, the United States attorney for the District of Columbia and whoever else and all the facts are before the court.

I do not know what to do...what's my remedy?

## REBUTTAL

The acts (Contitutional impermissable misapplication of the statutes D.C. Codes §2901, 3203, 403 and 3204) were committed and constitutes the injury, copyright infringment. See <u>Estate of Pressley v. Russen</u>, 513 F.Supp. 1339.

The United States Attorney for the District of Columbia breeched the guarantee of the republican form of government as the Supreme Law of the land as so stated within the declaration of Independence "...that they (the people) are endowed by their creator with certain unalienable rights, that among these are life, liberty, and the pursuit of happiness..."

The government argues <u>Swain v. Pressely</u>, 430 U.S. 372, 337, 377, 381 (1977) to pursaude the court to recognize that 23110(g) is the remedy in this case. Yet the government has failed to rebutt the fact that 28 U.S.C. §2254 is the only adequate remedy available to the third party intervenor in behalf of the petitioner KEITH REYNOLDS©ENS LEGIS, LLC largely because they violated his constitutional rights without his consent and without due process of

law. They are continually attempting to deceive the federal court to believe the petitioner has not shown that this court has exclusive jurisdiction under 28 U.S.C. §2254 but have failed to rebut the merits. They have failed to rebut the copyright infringement claim by failing to produce any documents as proof of claim that as the secured party, I have a priority interest in protecting the property and property rights of both the debtor and the secured party.

The government fraudulently represented petitioner as a legal entity incorporated and functioning under the laws of the United States and concealed the fact that the petitioner is a private man with a right to be let alone. (See Exhibit #4 in original complaint.); that I am the creditor/principle holding claim and priority security lien interest on the debts. (See UCC-1 in original complaint.); and that the United States through its U.S. Attorney did not disclose the documentation or my agreement or contract that binds him to the District of Columbia.

The argument that the 23-110(g) remedy itself is effective is a continual attempt to try and punish petitioner in the name of criminal justice while representing Congress' intent in a false light before the grand jury and the public, making the public discriminate against petitioner denying him job opportunites as a result of character defamation as a criminal corporate element.

The government knows or should know that since the secured party/creditor did not specifically authorize the United States and its agents to invest the legal title, the profits made from

that title belong to me, because as the owner, I remain the equitable title holder. Legally, the government has faield to put all the profits from the investment of the titles to all my registered things into a trust fund for my benifit which would be fraud. They also know or should know that just acquiring the titles through what is promoted as mandatory registration is fraud. However, the government also knows or should know that the third party intervenor's filed UCC-1 financing statement under Article IX reflects a public record that there is a security interest or is evidence of title with all rights which gives the federal court exclusive jurisdiction to settle this petition under 28 U.S.C. §2254.

The petitioner's custody is unlawful, the indictment filed against him in criminal case No. F-8037-88 is void because the Grand Jury was not presented with sufficient evidence to support the charges and, the judgement and commitment order is void due to the trial courts lack of subject matter jurisdiction. The merits of these claims have never been rebutted by the government. Neither does the government rebut on the public record that the D.C. officials relinquished jurisdiction over this case to the federal government when it contracted all felons to the B.O.P. under the National Capitalization and Revitilization Act of 1997 that gave all federal courts exclusive jurisdiction over prisoner cases under the Writ of Habeas Corpus.

The U.S. Attorney for the District of Columbia improperly assumes that the third party intervenor has not taken back his

<u>implied consent</u> by the UCC Lawful process. As a result they continually misapply the statutes and use the principles credit, labor, productivity and property as collateral without his consent or jurisdiction. Thereby making the governments argument that the petition should be dismissed because petitioner has failed to demonstrate that the 23-110(g) remedy is inadequate or ineffective.

All the cases the government cites to support its argument in its motion to dismiss is a misapplication of the statutes in the instant case because the government cannot make a showing to rebut the fact that the uniform commercial code and the state commercial law are very specific about the effect of a registered security interest that belongs to the third party intevenor.

The government cannot show cause that the 28 U.S.C. §2254 is not the exclusive remedy for this court to have jurisdiction and the logical thing in this case is for the United States to discharge that public debt from the trust fund. The Third Party Intervenor is the holder in due course of the title to KEITH REYNOLDS© ENS LEGIS, LLC and has convinced the United States that it has a duty to discharge public debts for him, because they have no pledge to administer.

## CONCLUSION

Wherefore, for the above reasons, clearly identified as a fundamental misapplication of the statutes and copyright infringements, petitioner moves this court to issue an order granting his

immediate release from unlawful custody and illegal imprisonment due to void indictment and void judgement of conviction for lack of personal and subject matter jurisdiction, as justice, equity, and fairness would best be required where government lacks standing.

> Without Prejudice ©
> Keith-Odell;Reynolds©El
> Third Party Intervenor
> Authorized Representative
> Attorney in Fact in behalf
> Of KEITH REYNOLDS©ENS LEGIS, LCC
> All Rights Reserved
> Date: September 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of petitioner's rebuttal to the United States Motion filed with the court has been mailed to Tricia D. Francis, Asst. U.S. Attorney D.C. Bar No. 457800, 555 4th Street, N.W. Washington, D.C. 20530.

> Without Prejudice©
> S/Keith-Odell Reynolds©EL
> Authorized Representative

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH REYNOLDS
    Petitioner

v.

                            Civ. Act. No. 07-CV-633(RJL)

Jonathan C. Miner, et al.
    Respondents.

ORDER

Upon consideration of Petitioner's rebuttal of the government's motion to dismiss petitioner's petition for Writ of Habeas, it is hereby

ORDERED that the petitioner's Writ is hereby granted.

_____             _____
Date                                                             Hon. Richard J. Leon
                                                                          U.S. District Court
                                                                          District of Columbia

CC:

Tricia D. Francis
U.S. Attorney's Office for D.C.
Special Proceedings Division
555 4th Street, N.W.
Room 10-447
Washington, D.C. 20530