UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH REYNOLDS

    Petitioner

  V.

JONATHAN C. MINER, et al.

    Respondents

Civil Action No. 07-cv-663(RJL)

**RECEIVED**
OCT 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF CHANGE
OF ADDRESS

    Comes now the Third Party Intervener, Keith-Odell; Reynolds© El in behalf of the Petitioner KEITH REYNOLDS© ENS LEGIS, LLC to notice the court of a change of address.
    Hereby, the Petitioner can be reached at the following address:

    Hope Village
    2840 Langston Place, S.E.
    Washington, DC 20020
    (202) 678.1077

cc:
  Clerk of Court
  Tricia D. Francis

without prejudice
Keith-Odell; Reynolds© El
Authorized Representative
Attorney In Fact For
KEITH REYNOLDS© ENS LEGIS, LLC
All Rights Reserved