UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 7 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KEITH REYNOLDS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 07-0663 (RJL) |
| ) | |
| JONATHAN MINDER, *et al.* ) | |
| ) | |
| Respondents. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the order to show cause [Dkt. #2] is DISCHARGED. It is further

ORDERED that the petition for writ of habeas corpus [Dkt. #1] is DENIED. It is further

ORDERED that the respondents' motion to dismiss [Dkt. #5] is GRANTED. This civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.

*[signature]*
RICHARD J. LEON
United States District Judge

Date:
12/5/07